IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>          Plaintiffs,<br><br>     v.<br><br>JANICE SCHNEIDER, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE,<br>          Defendants. | Case No.  1:16-CV-83-BLW<br><br>**CASE MANAGEMENT ORDER** |

Following a telephone conference between the Court's staff and counsel, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the following schedule shall govern this litigation:

**Joinder of Parties and Amendment of Pleadings:**  All motions to amend pleadings and join parties shall be filed on or before September 1, 2016.

**Motion to Change Venue**:  Defendants shall file any motion to transfer venue on or before June 30, 2016.

**Administrative Record:**  Assuming that no portion of this case is transferred, resolution of any disputes over the Administrative Record for summary judgment would proceed as follows:

**Case Management Order – page 1**

1. Defendants shall file the Administrative Record on or before January 31, 2017;
2. Plaintiffs shall notify Defendants of any objections to the Administrative Record on or before March 31, 2017;
3. If Plaintiffs' objections to the Administrative Record are not resolved, Plaintiffs shall file any motion challenging the Administrative Record on or before May 1, 2017.

If a motion challenging the Administrative Record is filed, the District of Idaho Local Rules will apply, and Defendants' opposition will be due within 21 days of the filing of the motion, with Plaintiffs' reply due within 14 days of the filing of the opposition

The parties agree that Defendants will provide Plaintiffs with copies of the Administrative Records for the various Plan amendments as they become available for production, even though the full Administrative Record for this case will not be filed until the end of January 2017. This will facilitate Plaintiffs' review of the adequacy of the Administrative Record in advance of summary judgment briefing on the merits.

The parties agree, and the Court approves, that the Administrative Record may be submitted on electronic media, such as DVDs or flash drives, rather than in paper form.

**Motions for Summary Judgment:**  The filing of summary judgment motions must await (1) the resolution of any motion to change venue, and (2) the resolution of any objections to the Administrative Record.  Once those issues have been resolved, the parties shall submit a proposed summary judgment briefing schedule, assuming the case remains with this Court.

**Intervention:**   All intervention motions shall be filed on or before June 30, 2016.



DATED: June 1, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Case Management Order – page 3**