# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al._____Plaintiffs,____v.____JANICE SCHNEIDER, Assistant Secretary of the Interior, et al.,____Defendants. | Case No. 1:16-cv-83-BLW____**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THE ADMINISTRATIVE RECORD** |

Upon consideration of Defendants' Unopposed Motion to Extend the Deadline to File the Administrative Record, and finding that good cause exists,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for extension (docket no. 82) is GRANTED, and the deadlines in the Court's June 1, 2016 Case Management Order (docket no. 37) are modified as follows:

(1) Defendants shall file the Administrative Record on or before March 17, 2017;

(2) Plaintiffs shall notify Defendants of any objections to the Administrative Record on or before May 17, 2017; and

(3) If Plaintiffs' objections to the Administrative Record are not resolved, Plaintiffs shall file any motion challenging the Administrative Record on or before June 19, 2017.

All other deadlines and requirements in the Court's June 1, 2016 Case Management Order shall remain in effect.

1



DATED: January 24, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court