Bureau of Land Management
Idaho Administrative Record

| | | | | Idaho GRSG AR v.2 May 24, 2019 | | | | |
|---|---|---|---|---|---|---|---|---|
| Document Number | Beginning Bates Number | Ending Bates Number | Document Title | Description | Author | Recipient | Date | Document Type | Redacted[i] |
| 1 | ID_0000001 | ID_0000071 | Idaho Greater Sage-Grouse Record of Decision and Approved Resource Management Plan Amendment | ROD and ARMPA for Idaho | BLM | N/A | March 2019 | ROD/ARMPA | |
| 2 | ID_0000072 | ID_0000078 | Governor's Consistency Review | Governor's consistency review for Idaho | Brad Little | Peter Ditton | 2/4/2019 | Governor's Consistency Review | |
| 3 | ID_0000079 | ID_0000154 | Bureau of Land Management Director's Protest Resolution Report: Idaho Greater Sage-Grouse Proposed Resource Management Plan Amendment and Final Environmental Impact Statement (PRMPA/FEIS) | Protest Resolution Report for Idaho | BLM | N/A | 3/15/2019 | Protest Report | |
| 4 | ID_0000155 | ID_0000804 | Idaho Greater Sage-Grouse Proposed Resource Management Plan Amendment and Final Environmental Impact Statement | PRMPA/FEIS for Idaho | BLM | N/A | November 2018 | PRMPA/FEIS | |
| 5 | ID_0000805 | ID_0000976 | Idaho Greater Sage-Grouse Draft Resource Management Plan Amendment and Environmental Impact Statement | DRMPA/EIS for Idaho | BLM | N/A | May 2018 | DRMPA/EIS | |
| 6 | ID_0000977 | ID_0000978 | Notice of Availability of Record of Decision and Approved Resource Management Plan Amendment for Greater Sage-Grouse Conservation, Idaho | Federal Register NOA of ROD/ARMPA for Idaho | BLM | N/A | 3/20/2019 | Federal Register Notice | |
| 7 | ID_0000979 | ID_0000981 | Notice of Availability of the Idaho Proposed Resource Management Plan Amendment and Final Environmental Impact Statement | Federal Register NOA of PRMPA/FEIS for Idaho | BLM | N/A | 12/10/2018 | Federal Register Notice | |
| 8 | ID_0000982 | ID_0000984 | Notice of Availability of the Idaho Draft Resource Management Plan Amendment and Draft Environmental Impact Statement for Greater Sage-Grouse Conservation | Federal Register NOA of DRMPA/DEIS for Idaho | BLM | N/A | 5/4/2018 | Federal Register Notice | |
| 9 | ID_0000985 | ID_0000992 | Memorandum of Agreement Between the State of Idaho and the United States Department of the Interior Bureau of Land Management Idaho State Office | MOA between the State of Idaho and the U.S. DOI BLM Idaho State Office | Brad Little; Peter Ditton; | N/A | 3/14/2019 | Memorandum | |

[i] Documents were redacted to exclude conference lines and passcodes