Matthew A. Nykiel (ISB #10270)
Idaho Conservation League
P.O. Box 2308
Sandpoint, ID 83864
(208) 265-9565 (phone)
(208) 265-9650 (fax)
mnykiel@idahoconservation.org

*Attorney for Potential Amicus Curiae Idaho Conservation League*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br> **MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* AND TO FILE *AMICUS CURIAE* BRIEF** |

Proposed *amicus curiae*, Idaho Conservation League ("ICL"), respectfully submits this Motion seeking leave to participate as *amicus curiae* and to file an *amicus curiae* brief that provides additional relevant information related to the facts and claims in the above-named case.

Since 1973, the ICL has worked to be Idaho's voice for clean water, clean air, and wilderness—values that are the foundation for Idaho's extraordinary quality of life. As a 501(c)(3) nonprofit organization, the ICL works to protect these values through public education,

outreach, advocacy, and policy development. The ICL is Idaho's largest state-based conservation organization, representing approximately 30,000 supporters, many of whom have a deep personal interest in protecting Idaho's natural environment. ICL's supporters include myriad people who care deeply about the survival and well-being of sage-grouse and enjoy watching sage-grouse and other sagebrush-obligate species.

## LEGAL BASIS SUPPORTING MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

There is no Federal Rule of Civil Procedure that applies to motions for leave to appear as *amicus curiae* in district court, but under common law district courts have broad discretion to appoint amici curiae. *Hoptowit v. Ray*, 682 F. 2d 1237, 1260 (9th Cir. 1982). A district court may exercise this discretion when it finds the *amicus curiae* proffers information that may provide additional relevant information relating to the facts and claims in the matter before the court. *See* 4 AM. JUR. 2D *Amicus Curiae* § 3 (2002). The ICL has additional relevant information it would like this court to consider, as it adjudicates the facts and claims in this case.

ICL has an extensive history of involvement in sage-grouse conservation, dating back to 2006, when the ICL joined as an original member of the Idaho Fish and Game's State Sage-grouse Advisory Committee ("SAC"). The ICL's involvement in sage-grouse conservation also includes having participated as a stakeholder member on Idaho Governor Otter's 2012 Sage-grouse Task Force ("Task Force") and continues to this day. The collaborative processes used by both the SAC and Task Force helped form the basis of both the BLM's 2015 Sage-Grouse Plans and the BLM's 2019 BLM Plan Amendments. This collaborative approach also led to the development of the Sage-grouse Mitigation Framework, which the State of Idaho submitted to the BLM for consideration in the development of its 2015 Sage-Grouse Plans and again in 2018

for consideration of its Plan Amendments. The propriety of the 2019 BLM Plan Amendments is at the heart of this case. The ICL would like to provide this Court additional context to the collaborative processes that have taken place in Idaho, which could inform the relief the Court grants at the conclusion of this case.

The ICL seeks to file a short brief to provide this Court information relevant to the Court's ultimate decision in this matter. Recognizing time is short, the ICL seeks a response at the Court's earliest convenience.

\_\_\_\_/s/_____
Matthew A. Nykiel (ISB #10270)
Idaho Conservation League
P.O. Box 2308
Sandpoint, ID 83864
(208) 265-9565 (phone)
(208) 265-9650
mnykiel@idahoconservation.org
*Attorney for Potential Amicus Idaho Conservation League*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2019, I filed the foregoing *Motion for Leave to Participate as Amicus Curiae and to File Amicus Curiae Brief* electronically through the CM/ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Laurence J. Lucas | llucas@advocateswest.org |
| Sarah Stellberg | sstellberg@advocateswest.org |
| Todd Tucci | ttucci@advocateswest.org |
| Talasi Brooks | tbrooks@westernwatersheds.org |
| Christine Gealy England | christine.england@usdoj.gov |
| Luther L. Hajek | luke.hajek@usdoj.gov |
| Barclay T. Samford | clay.samford@usdoj.gov |
| Clare Boronow | clare.boronow@usdoj.gov |
| Laurence Michael Bogert | mbogert@parsonsbehle.com |
| William Gerry Meyers, III | wmyers@hollandhart.com |
| Kevin J. Beaton | kjbeaton@stoel.com |
| Beth S. Ginsberg | bsginsberg@stoel.com |
| Jason T. Morgan | jason.morgan@stoel.com |
| Andrew J. Pieper | andrew.pieper@stoel.com |
| Erika Eaton Malmen | emalmen@perkinscoie.com |
| Steven W. Strack | steve.strack@ag.idaho.gov |
| Samuel J. Eaton | sam.eaton@gov.idaho.gov |
| Brian C. Wonderlich | brian.wonderlich@gov.idaho.gov |
| Christopher Michael Bromley | cbromely@mchughbromley.com |
| Caroline Lobdell | clobdell@wrlegal.org |
| Candice M. McHugh | cmchugh@mchughbromely.com |
| David C. McDonald | dmcdonald@mslegal.org |
| John L. Runft | jrunft@runftsteele.com |
| Robert H. Hughes | rhughes@parsonsbehle.com |
| James Kaste | james.kaste@wyo.gov |
| Erik Edward Petersen | erik.petersen@wyo.gov |
| Paul A. Turcke | pat@msbtlaw.com |
| Cherese De'Dominiq McLain | cdm@msbtlaw.com |
| Malinda Morain | mmorain@bwenergylaw.com |
| Bret A. Sumner | bsumner@bwenergylaw.com |
| Peter Geoffrey Barton | peterbarton@givenspursley.com |

\_\_\_\_/s/_____
Matthew A. Nykiel
Idaho Conservation League