Matthew A. Nykiel (ISB #10270)
Idaho Conservation League
P.O. Box 2308
Sandpoint, ID 83864
(208) 265-9565 (phone)
(208) 265-9650 (fax)
mnykiel@idahoconservation.org

*Attorney for Potential Amicus Curiae Idaho Conservation League*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,  Plaintiffs,  v.  DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE,  Defendants. | Case No. 1:16-cv-00083-BLW  ***AMICUS CURIAE BRIEF*** |

Proposed *amicus curiae*, Idaho Conservation League ("ICL"), respectfully submits this *Amicus Curiae* Brief, an accompanying Declaration of John Robison,[1] and accompanying copies of ICL's comments on the 2014 Idaho and Southwestern Montana Greater Sage-Grouse Draft Land Use Plan Amendment and Environmental Impact Statement[2] and on the 2018 Idaho

---

[1] ICL Exhibit A: Declaration of John Robison.
[2] ICL Exhibit B: Idaho Conservation League Comments on the 2014 Idaho and Southwestern Montana Greater Sage-Grouse Draft Land Use Plan Amendment and Environmental Impact Statement.

Greater Sage-Grouse Resource Management Plan Amendment and Environmental Impact Statement,[3] for the Court's consideration in this matter.

ICL submits these documents recognizing the Court has not yet ruled on ICL's Motion for Leave to Participate as *Amicus Curiae* and to File *Amicus Curiae* Brief, and with the understanding that the Court may choose to disregard this brief and declaration. Additionally, and for clarification, ICL does not seek oral argument.

Since 1973, the ICL has worked to be Idaho's voice for clean water, clean air, and wilderness—values that are the foundation for Idaho's extraordinary quality of life. The ICL works to protect these values through public education, outreach, advocacy, and policy development. As Idaho's largest state-based conservation organization, we represent approximately 30,000 supporters, many of whom have a deep personal interest in protecting Idaho's natural environment. Specific to the case at hand, ICL's Board members, staff, and supporters include myriad people who care deeply about the survival and well-being of sage-grouse and enjoy watching sage-grouse and other sagebrush-obligate species.

As is more fully explained in the accompanying Declaration of ICL's Public Lands Director, John Robison, ICL has been involved with the development of sage-grouse conservation measures in Idaho for well over two decades. Perhaps most significantly ICL has participated, at the invitation of the State of Idaho, as a member of the Sage-Grouse Task Force, whose input and recommendations helped form the foundations of both the BLM's 2015 Sage-Grouse Plans and the BLM's 2019 BLM Plan Amendments. In ICL's experience collaborative efforts can often form not only creative approaches to substantive issues but also adaptive

---

[3] ICL Exhibit C: Idaho Conservation League Comments on 2018 Idaho Greater Sage-Grouse Resource Management Plan Amendment and Environmental Impact Statement.

management solutions that can respond to new information or circumstances and which are resilient over time.

ICL thanks the Court for its close consideration of this issue and respectfully submits this brief and declaration.

Submitted this 14th day of June, 2019.

> ____/s/_____
> Matthew A. Nykiel (ISB #10270)
> *Attorney for Potential Amicus Idaho Conservation League*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2019, I filed the foregoing *Amicus Curiae Brief and Declaration of John Robison* electronically through the CM/ECF system, which cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Laurence J. Lucas | llucas@advocateswest.org |
| Sarah Stellberg | sstellberg@advocateswest.org |
| Todd Tucci | ttucci@advocateswest.org |
| Talasi Brooks | tbrooks@westernwatersheds.org |
| Christine Gealy England | christine.england@usdoj.gov |
| Luther L. Hajek | luke.hajek@usdoj.gov |
| Barclay T. Samford | clay.samford@usdoj.gov |
| Clare Boronow | clare.boronow@usdoj.gov |
| Laurence Michael Bogert | mbogert@parsonsbehle.com |
| William Gerry Meyers, III | wmyers@hollandhart.com |
| Kevin J. Beaton | kjbeaton@stoel.com |
| Beth S. Ginsberg | bsginsberg@stoel.com |
| Jason T. Morgan | jason.morgan@stoel.com |
| Andrew J. Pieper | andrew.pieper@stoel.com |
| Erika Eaton Malmen | emalmen@perkinscoie.com |
| Steven W. Strack | steve.strack@ag.idaho.gov |
| Samuel J. Eaton | sam.eaton@gov.idaho.gov |
| Brian C. Wonderlich | brian.wonderlich@gov.idaho.gov |
| Christopher Michael Bromley | cbromely@mchughbromley.com |
| Caroline Lobdell | clobdell@wrlegal.org |
| Candice M. McHugh | cmchugh@mchughbromely.com |
| David C. McDonald | dmcdonald@mslegal.org |
| John L. Runft | jrunft@runftsteele.com |
| Robert H. Hughes | rhughes@parsonsbehle.com |
| James Kaste | james.kaste@wyo.gov |
| Erik Edward Petersen | erik.petersen@wyo.gov |
| Paul A. Turcke | pat@msbtlaw.com |
| Cherese De'Dominiq McLain | cdm@msbtlaw.com |
| Malinda Morain | mmorain@bwenergylaw.com |
| Bret A. Sumner | bsumner@bwenergylaw.com |
| Peter Geoffrey Barton | peterbarton@givenspursley.com |

\_\_\_\_/s/_____
Matthew A. Nykiel
Idaho Conservation League