LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Darrell G. Early
Chief, Natural Resources Division

Steven W. Strack (ISB No. 3906)
Deputy Attorney General
Natural Resources Division
600 W. State, Second Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8072
steve.strack@ag.idaho.gov

*Attorneys for Defendant-Intervenors*
*State of Idaho and Idaho Governor*
*Brad Little*

Erika E. Malmen (ISB No. 6185)
EMalmen@perkinscoie.com
Bradley Oliphant (CA Bar No. 216468)
*pro hac vice application pending*
BOliphant@perkinscoie.com
Perkins Coie LLP
1111 West Jefferson Street, Suite 500
Boise, ID  83702-5391
Telephone:  208.343.3434
Facsimile:  208.343.3232

*Attorneys for Defendant-Intervenor*
*Idaho State Legislature*

Brian Wonderlich (ISB # 7758)
Samuel J. Eaton (ISB # 8974)
Office of Governor Brad Little
P.O. Box 83720
Boise, ID 83720
Telephone:  (208) 334-2100
Facsimile:  (208) 334-3454
Brian.wonderlich@gov.idaho.gov
Sam.eaton@gov.idaho.gov

John Richards (ISB # 10670)
Associate Legal Counsel
Governor's Office of Species Conservation
304 N. 8th Street, Ste. 149
Boise, ID 83702
Telephone: (208) 332-1552
Facsimile  (208) 334-2172
John.richards@osc.idaho.gov

*Attorneys for Defendant-Intervenor*
*Idaho Governor Brad Little*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>        Plaintiffs,<br><br>v. | Case No. 1:16-cv-00083-BLW<br><br>**MOTION FOR LEAVE TO FILE DECLARATION OF JOSHUA URIARTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 124]** |

|  | ) |
| --- | --- |
| DAVID BERHARDT, Acting Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, | ) ) ) ) ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Defendant-Intervenors State of Idaho, Governor Brad Little, and the Idaho State Legislature hereby move for leave to file the Declaration of Joshua Uriarte in Opposition to Plaintiff's Motion for Preliminary Injunction.  Mr. Uriarte's Declaration is necessary to respond to certain assertions made in the First Supplemental Declaration of Dr. Clait Braun (ECF No. 182-1), for which Plaintiffs have moved leave to file (ECF No. 182). Specifically, Mr. Uriarte's Declaration responds to Dr. Braun's assertion that sage-grouse population declines in Idaho have tripped adaptive management hard triggers that require "immediate action" (ECF 182-1: 3), by describing the adaptive management measures that federal and state agencies are implementing in response to the tripping of such triggers.

DATED this 21st day of August 2019.

| /s/ Steven W. Strack | /s/ Brian Wonderlich | /s/ Erika E. Malmen |
| --- | --- | --- |
| STEVEN W. STRACK | BRIAN WONDERLICH | ERIKA E. MALMEN |
| Deputy Attorney General | SAMUEL J. EATON | BRADLEY OLIPHANT |
| *Attorney for State of Idaho and Governor Brad Little* | JOHN RICHARDS *Attorneys for Governor Brad Little* | Perkins Coie LLP *Attorneys for Idaho State Legislature* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of 2019, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Andrew J Pieper | andrew.pieper@stoel.com |
| Barclay T Samford | Clay.Samford@usdoj.gov |
| Beth S. Ginsberg | bsginsberg@stoel.com |
| Bret A Sumner | bsumner@bwenergylaw.com |
| Brian C Wonderlich | brian.wonderlich@gov.idaho.gov |
| Brian Gregg Sheldon | brian@mslegal.org |
| Candice M McHugh | cmchugh@mchughbromley.com |
| Caroline Lobdell | clobdell@wrlegal.org |
| Cherese De'Dominiq McLain | cdm@msbtlaw.com |
| Christine Gealy England | christine.england@usdoj.gov |
| Christopher Michael Bromley | cbromley@mchughbromley.com |
| Clare Boronow | clare.boronow@usdoj.gov |
| David C McDonald | dmcdonald@mslegal.org |
| Erik Edward Petersen | erik.petersen@wyo.gov |
| Erika Eaton Malmen | emalmen@perkinscoie.com |
| James Kaste | james.kaste@wyo.gov |
| Jason T. Morgan | jason.morgan@stoel.com |
| John L Runft | JRunft@runftsteele.com |
| Kevin J Beaton | kjbeaton@stoel.com |
| Laurence J Lucas | llucas@advocateswest.org |
| Luther L Hajek | luke.hajek@usdoj.gov |
| Malinda Morain | mmorain@bwenergylaw.com |
| Matthew A Nykiel | mnykiel@idahoconservation.org |
| Paul A Turcke | pat@msbtlaw.com |
| Robert H Hughes | rhughes@parsonsbehle.com |

| | |
|---|---|
| Samuel J Eaton | sam.eaton@gov.idaho.gov |
| Sarah Stellberg | sstellberg@advocateswest.org |
| Steven W Strack | steve.strack@ag.idaho.gov |
| Todd C Tucci | ttucci@advocateswest.org |
| William Gerry Myers, III | wmyers@hollandhart.com |

/s/ Steven W. Strack
STEVEN W. STRACK
Deputy Attorney General