Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No. 1:16-cv-00083-BLW |
| Plaintiffs, | **JOINT PROPOSED LITIGATION PLAN** |
| v. | |
| DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH,* Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, | |
| Defendants. | |

*\* Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

      The undersigned parties respectfully submit the following Joint Proposed Litigation Plan, pursuant to the Court's November 8, 2019 Docket Entry Order (ECF No. 191).

JOINT PROPOSED LITIGATION PLAN -- 1

**PRESIDING JUDGE:** Winmill

**DATE OF SCHEDULING CONFERENCE**: N/A

**CASE NO:** 1:16-cv-00083-BLW  **NATURE OF SUIT:** 893 Environmental Matters

**CASE NAME:**  *Western Watersheds Project et al v. Schneider et al*

**PARTY SUBMITTING PLAN:**
  ☒ Plan **has been** stipulated to by all parties.
  ☐ Plan **has not been** stipulated to, but is submitted by:

1.  **CASE MANAGEMENT TRACK**:  Indicate the track that best fits your case.  Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets counsel's needs.
   - ☒  **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial.  There will be little, if any, discovery.  A motion hearing will be set at the case management conference.

2.  **DISCOVERY**. Because this case involves judicial review of agency action under the APA and will be resolved by dispositive motions rather than trial, the parties agree that there is no need for a discovery plan or to establish dates for discovery cut-off, expert disclosures, or trial. If any party subsequently determines that it might need discovery for any purpose, that party will make a motion for leave of the Court to conduct such discovery.

3.  **JOINDER OF PARTIES & AMENDMENT OF PLEADINGS CUT-OFF DATE:** The Forest Service has not completed its sage-grouse plan amendments and is not expected to finalize its amendments until early 2020. Plaintiffs anticipate seeking leave of the court to file a second supplemental complaint to challenge those forthcoming Forest Service amendments. The parties shall attempt to promptly reach agreement on any necessary changes to this proposed litigation plan to accommodate any such amendment.

   Plaintiffs shall file any motion for leave to file a supplemental pleading challenging the forthcoming amendments to the Forest Service's 2015 Sage Grouse Plans no later than 30 days after the effective date of those amendments. The deadline for all other amendments shall be March 30, 2020.

4.  **ALTERNATE DISPUTE RESOLUTION OPTIONS:** The parties agree that this case is not suitable for mediation at this stage of the proceedings.

5.  **TRIAL DATE:** N/A. The parties agree that Plaintiffs' claims seek judicial review pursuant to the APA, 5 U.S.C. § 706 et seq., and therefore will be resolved by dispositive motions rather than by a trial.

JOINT PROPOSED LITIGATION PLAN -- 2

6. **ADMINISTRATIVE RECORD.** On or before January 31, 2020, Federal Defendants will file the Administrative Records for the decisions challenged in Plaintiffs' First Supplemental Complaint, i.e., (a) 2019 BLM Plan amendments, (b) 2017 cancellation of proposed SFA mineral withdrawal and (c) revocation of compensatory mitigation policy.

    The parties shall attempt to informally resolve any objections to the Administrative Records. Any motion challenging the adequacy of the Administrative Records will be filed no later than March 1, 2020, and the summary judgment briefing schedule below may need to be adjusted in the event of such a motion.

7. **SUMMARY JUDGMENT BRIEFING:**

    The parties propose to continue to stay adjudication of the 2015 Sage Grouse Plans challenged in the original Complaint, until the claims in Plaintiffs' First Supplemental Complaint are resolved on summary judgment.

    The parties propose the following schedule and page limitations for summary judgment briefing on Plaintiffs' First Supplemental Complaint:

    - April 2, 2020: Deadline for Plaintiffs to file their opening summary judgment motion and briefing (50 pages);

    - May 15, 2020: Deadline for Federal Defendants to file their cross-motion for summary judgment and combined opening/response brief (50 pages);

    - May 29, 2020: Deadline for Intervenor-Defendants to file their joint response brief and any cross-motions for summary judgment. In accordance with the Court's orders on intervention, ECF Nos. 84, 134, 135, Intervenors shall file joint briefs with any other Intervenors with which they share a common interest; and Intervenors' briefs shall be limited to issues not addressed in Federal Defendants briefings. The Intervenors may file no more than 5 briefs total, each with a page limit of 10 pages. Intervenors may decide to file fewer than 5 briefs but their total page limit shall remain 50 pages.

    - June 26, 2020: Deadline for Plaintiffs to file their combined summary judgment response/reply brief (50 pages).

    - July 17, 2020: Deadline for Federal Defendants to file their summary judgment reply brief (30 pages).

    - July 31, 2020: Deadline for Intervenor-Defendants to file their summary judgment reply brief(s). Intervenors may file no more than 5 briefs total, each with a page limit of 6 pages. Intervenors may decide to file fewer than 5 briefs but their total page limit shall remain 30 pages.

    - The Court is requested to set oral argument on the summary judgment motions as soon as the Court's calendar allows following completion of briefing.

- All page limits apply to substantive pages, not case captions, tables of contents, tables of authorities, signature blocks, or certificates of service.

Dated this 13th day of December, 2019.

Respectfully submitted,

*/s/ Sarah Stellberg*
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
Talasi B. Brooks (ISB #9712)
Sarah Stellberg (ISB #10538)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024; Fax: (208) 342-8286

*Attorneys for Plaintiffs*

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar
No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV 800 East Park
Boulevard, Suite 600 Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Luke Hajek*
LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350

E-mail: luke.hajek@usdoj.gov
clay.samford@usdoj.gov

*Attorneys for Defendants*

*/s/ Erik Petersen*
James Kaste (WSB No. 6-3244)
Deputy Attorney General
Erik Petersen (WSB No. 7-5608)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

*Attorneys for Intervenor-Defendant State of Wyoming*

*/s/ David C. McDonald*
David C. McDonald (NY No. 5539424)
(pro hac vice)
Brian Gregg Sheldon (ID No. 9262)
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227

JOINT PROPOSED LITIGATION PLAN -- 4

Telephone: (303) 292-2021
dmcdonald@mslegal.org
brian@mslegal.org

John L. Runft (ID No. 1059)
RUNFT & STEELE LAW OFFICES, PLLC
1020 West Main Street, Suite 400
Boise, Idaho 83702
Telephone: (208) 333-8506
jrunft@runftsteele.com

*Attorneys for Intervenor-Defendants Petroleum Association of Wyoming and Western Stock Growers Association*

*/s/ William G. Myers III*
William G. Myers III (ISB #5598)
Murray D. Feldman (ISB #4097)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
(208) 342-5000
wmyers@hollandhart.com
mfeldman@hollandhart.com

*Attorneys for Intervenor-Defendant Governor Gary R. Herbert*

*/s/ Robert S. Hughes*
Robert H. Hughes (USB #9787)
(admitted pro hac vice)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6746
RHughes@ParsonsBehle.com

*Attorneys for Intervenor-Defendants State of Utah and State of Utah School and Institutional Trust Lands Administration*

*/s/ Steven W. Strack*
STEVEN W. STRACK (ISB No. 3906)
Deputy Attorney General
Natural Resources Division

600 W. State, Second Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8072
steve.strack@ag.idaho.gov

*Attorney for Intervenor-Defendants State of Idaho and Idaho Governor Brad Little*

Samuel J. Eaton (ISB # 8974)
Office of Governor Brad Little
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 334-2100
Facsimile: (208) 334-3454
Brian.wonderlich@gov.idaho.gov
Sam.eaton@gov.idaho.gov

John Richards (ISB # 10670)
Associate Legal Counsel
Governor's Office of Species Conservation
304 N. 8th Street, Ste. 149
Boise, ID 83702
Telephone: (208) 332-1552
Facsimile (208) 334-2172
John.richards@osc.idaho.gov

*Attorneys for Intervenor-Defendant Idaho Governor Brad Little*

Erika E. Malmen (ISB No. 6185)
EMalmen@perkinscoie.com
Bradley Oliphant (CA Bar No. 216468) pro hac vice application pending
BOliphant@perkinscoie.com
Perkins Coie LLP
1111 West Jefferson Street, Suite 500 Boise, ID 83702-5391
Telephone: 208.343.3434
Facsimile: 208.343.3232

*Attorneys for Intervenor-Defendant Idaho State Legislature*

*/s/ Malinda Morain*

JOINT PROPOSED LITIGATION PLAN -- 5

BEATTY & WOZNIAK, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

Paul A. Turcke, (ID No. 4759)
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: (208) 331-1800
Facsimile: 208-331-1202
Email: pat@msbtlaw.com

*Attorneys for Intervenor-Defendant Western Energy Alliance*

/s/ Andrew J. Pieper
Andrew J. Pieper (Pro Hac Vice)
Kevin J. Beaton, ISB No. 3080
Beth S. Ginsberg, (Pro Hac Vice)
Jason T. Morgan, (Pro Hac Vice)
STOEL RIVES LLP
kevin.beaton@stoel.com
andrew.pieper@stoel.com
beth.ginsberg@stoel.com
jason.morgan@stoel.com

*Attorneys for Intervenor-Defendants Idaho Power Company and Pacificorp*

*/s/ Caroline Lobdell*
Caroline Lobdell, Ore. Bar #021236, pro hac vice
Western Resources Legal Center
9220 SW Barbur Boulevard, Suite 119 #327
Portland, Oregon 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

Chris M. Bromley, ISB 6530
Candice M. McHugh, ISB 5908
McHugh Bromley, PLLC
380 S. 4th Street, Suite 103
Boise, ID 83702
Telephone: (208) 287-0991
Fax: (208) 287-0864
cbromley@mchughbromley.com
cmchugh@mchughbromley.com

*Attorneys for Intervenors-Defendants National Cattlemen's Beef Association and Public Lands Council*

JOINT PROPOSED LITIGATION PLAN -- 6

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2019, I electronically filed the foregoing JOINT PROPOSED LITIGATION PLAN through the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons:

Luther L. Hajek
luke.hajek@usdoj.gov
Barclay T. Samford
clay.samford@usdoj.gov
Christine Gealy England
christine.england@usdoj.gov

*Counsel for Federal Defendants*

Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com
Paul A. Turcke
pat@msbtlaw.com
Cherese De'Dominiq McLain
cdm@msbtlaw.com

*Counsel for Intervenor-Defendant Western Energy Alliance*

Caroline Lobdell
clobdell@wrlegal.org
Candice M. McHugh
cmchugh@mchughbromley.com
Christopher Michael Bromley
cbromley@mchughbromley.com

*Counsel for Intervenor-Defendants National Cattlemen's Beef Association and Public Lands Council*

Erik Edward Petersen
erik.petersen@wyo.gov
James Kaste
James.kasted@wyo.gov
Paul A. Turcke
pat@msbtlaw.com

*Counsel for Intervenor-Defendant State of Wyoming*

Laurence M. Bogert
mbogert@parsonsbehle.com
William Gerry Myers III
wmyers@hollandhart.com

*Counsel for Amicus State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.*

David C. McDonald
dmcdonald@mslegal.org
John L. Runft
jrunft@runftsteele.com

*Counsel for Intervenor-Defendants Wyoming Stockgrowers Association and Petroleum Association of Wyoming*

Steven W. Strack
steve.strack@ag.idaho.gov
Erika E. Malmen
Emalmen@perkinscoie.com
Brian Wonderlich
Brian.wonderlich@gov.idaho.gov
Samuel J. Eaton
Sam.eaton@gov.idaho.gov

*Counsel for Intervenor-Defendants Idaho State Legislature, Idaho Governor Brad Little*

Andrew J. Pieper
andrew.pieper@stoel.com
Beth S. Ginsberg
bsginsberg@stoel.com
Kevin J. Beaton
kjbeaton@stoel.com
Jason T. Morgan
jason.morgan@stoel.com

*Counsel for Intervenors-Defendants Idaho Power Company and Pacificorp*

Matthew A Nykiel
Idaho Conservation League
PO Box 2308
Sandpoint, ID 83864
208-265-9565
mnykiel@idahoconservation.org

*Counsel for Amicus Idaho Conservation League*


          /s/ Sarah K. Stellberg_____
          ADVOCATES FOR THE WEST

JOINT PROPOSED LITIGATION PLAN -- 7