BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
BARCLAY T. SAMFORD
CLARE BORONOW
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
         clay.samford@usdoj.gov
         clare.boronow@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, Secretary of the Interior, *et al.*,<br><br>    Defendants. | Case No. 1:16-cv-00083-BLW<br><br>**DEFENDANTS' NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

Defendants' Notice of Appeal

## NOTICE OF PRELIMINARY INJUNCTION APPEAL

PLEASE TAKE NOTICE that the Defendants – David Bernhardt, in his official capacity as Secretary of Interior, Casey Hammond, in his official capacity as Acting Assistant Secretary, Lands and Minerals Management, Department of Interior, the United States Bureau of Land Management ("BLM"), and the United States Forest Service – hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's October 16, 2019 Memorandum Decision and Order granting Plaintiffs' Motion for a Preliminary Injunction (ECF No. 189), as well as all prior orders and decisions that merge into that Order, including this Court's October 2, 2019 Memorandum Decision and Order denying Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Sever and Transfer Plaintiffs' Claims (ECF No. 188), and this Court's May 2, 2019 Memorandum Decision and Order granting Plaintiffs' Motion to File a Supplemental Complaint (ECF No. 138).

Respectfully submitted this 16th day of December, 2019.

> BART M. DAVIS, Idaho Bar No. 2696
> United States Attorney
>
> CHRISTINE G. ENGLAND, California Bar No. 261501
> Assistant United States Attorney
> District of Idaho
> Washington Group Plaza IV
> 800 East Park Boulevard, Suite 600
> Boise, Id 83712-7788
> Telephone: (208) 334-1211
> Facsimile:   (208) 334-1414
> E-mail: Christine.England@usdoj.gov
>
> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
>
> */s/ Barclay T. Samford*
> BARCLAY T. SAMFORD
> LUTHER L. HAJEK
> CLARE BORONOW

Defendants' Notice of Appeal                                                                                           1

        U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1475; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
      clay.samford@usdoj.gov
      clare.boronow@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2019, I filed a copy of the foregoing Defendants' Notice of Appeal electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project, Center for Biological Diversity, WildEarth Guardians, and Prairie Hills Audubon Society

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant Western Energy Alliance
Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Paul A. Turcke
pat@msbtlaw.com

Cherese De'Dominiq McLean
cdm@msbtlaw.com

Intervenor-Defendants Wyoming Stock Growers Ass'n and Petroleum Ass'n of Wyoming

David C. McDonald
dmcdonald@mslegal.org

John L. Runft
JRunft@runftsteele.com

Intervenor-Defendants Idaho Power Co. and Pacificorp

Andrew J. Pieper
andrew.pieper@stoel.com

Beth S. Ginsberg

Defendants' Notice of Appeal                                                                 3

bginsberg@stoel.com

Kevin J. Beaton
kjbeaton@stoel.com

Jason T. Morgan
jtmorgan@stoel.com

Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

James Kaste
James.kasted@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

Intervenor-Defendants National Cattlemen's Beef Ass'n and Public Lands Council

Caroline Lobdell
clobdell@wrlegal.org

Candice M. McHugh
cmmchugh@mchughbromley.com

Christopher M. Bromley
cbromley@mchughbromley.com

Amicus State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.

Laurence M. Bogert
mbogert@parsonsbehle.com

William Gerry Myers III
wmyers@hollandhart.com

                                               */s/ Barclay T. Samford*
                                               Barclay T. Samford