Brian Gregg Sheldon (Idaho Bar No. 9262)
David C. McDonald* (Colo. Bar No. 53709)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Fax: (303) 292-1980
brian@mslegal.org
dmcdonald@mslegal.org
*Admitted Pro Hac Vice

*Attorneys for Defendant Intervenors:*
*Wyoming Stock Growers Association; and*
*Petroleum Association of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS; CENTER FOR BIOLOGICAL DIVERSITY; and PRAIRIE HILLS AUDUBON SOCIETY.<br>    *Plaintiffs*,<br><br>v.<br><br>DAVID BERNHARDT, *Secretary of Interior*; JOSEPH R. BALASH, *Assistant Secretary of Interior;* BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE<br>    *Defendants*,<br><br>and<br><br>WYOMING STOCK GROWERS ASSOCIATION; and PETROLEUM ASSOCIATION OF WYOMING.<br>    *Defendant-Intervenors*. | Case No. 1:16-cv-83-BLW<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Defendant-Intervenors Wyoming Stock Growers Association and Petroleum Association of Wyoming appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order, granting Plaintiffs' motion for preliminary injunction (ECF No. 124) which enjoined the Bureau of Land Management ("BLM") from implementing the 2019 BLM Sage-Grouse Plan Amendments for Idaho, Wyoming, Colorado, Utah, Nevada/Northeastern California, and Oregon until such time as the Court can adjudicate the claims on the merits, dated and entered October 16, 2019 (ECF No. 189). Defendant-Intervenors Wyoming Stock Growers Association and Petroleum Association of Wyoming also hereby appeal all prior orders and decisions that merge into that Order, including this Court's October 2, 2019 Memorandum Decision and Order denying Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Sever and Transfer Plaintiffs' Claims (ECF No. 188).

DATED this 16th day of December 2019.

Respectfully submitted,

*/s/ Brian Gregg Sheldon*
Brian Gregg Sheldon (Idaho Bar No. 9262)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Fax: (303) 292-1980
brian@mslegal.org


David C. McDonald* (Colo. Bar No. 53709)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Fax: (303) 292-1980
dmcdonald@mslegal.org
**Admitted Pro Hac Vice*

*Attorneys for Wyoming Stock Growers Association; and Petroleum Association of Wyoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2019, I filed the forgoing document with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record pursuant to Fed. R. Civ. P. 5 and D. Idaho L.R. 5.1(k).

>*/s/ Brian Gregg Sheldon*
>Brian Gregg Sheldon
>MOUNTAIN STATES LEGAL FOUNDATION