James Kaste (WY No. 6-3244)
Deputy Attorney General
Erik Petersen (WY No. 7-5608)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor, State of Wyoming*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, AND PRAIRIE HILLS AUDUBON SOCIETY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KATHERINE MACGREGOR, Assistant Secretary of the Interior, BUREAU OF LAND MANAGEMENT, and U.S. FOREST SERVICE,<br><br>　　　　Defendants, and<br><br>STATE OF WYOMING,<br><br>　　　　Defendant-Intervenor. | Case No. 1:16-cv-00083-BLW<br><br>**DEFENDANT-INTERVENOR STATE OF WYOMING'S NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

Defendant-Intervenor State of Wyoming hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's October 16, 2019 Memorandum Decision and Order granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 189), as well as all prior orders and decisions that merge into that Order, including this Court's Memorandum Decision and Order denying Defendants' Motion to Dismiss for Improper Venue or, in the Alternative, to Sever and Transfer Plaintiffs' Claims issued on October 2, 2019 (ECF No. 188) and this Court's Memorandum Decision and Order granting Plaintiffs' Motion to File a Supplemental Complaint issued on May 2, 2019 (ECF No. 138).

Dated this 16th day of December, 2019.

Respectfully submitted,

/s/ Paul A. Turcke
Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

/s/ Erik Petersen
James Kaste (WSB No. 6-3244)
Deputy Attorney General
Erik Petersen (WSB No. 7-5608)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

*Counsel for the State of Wyoming*

**CERTIFICATE OF SERVICE**

    I certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court of Idaho using the CM/ECF system which sent a Notice of Electronic filing to the parties of record.

                                          /s/ Erik Petersen