James Kaste (WY No. 6-3244)
Deputy Attorney General
Erik Petersen (WY No. 7-5608)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor, State of Wyoming*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, AND PRAIRIE HILLS AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERINE MACGREGOR, Assistant Secretary of the Interior, BUREAU OF LAND MANAGEMENT, and U.S. FOREST SERVICE,<br>Defendants, and<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | Case No.  1:16-cv-00083-BLW<br><br><br>**REPRESENTATION STATEMENT PURSUANT TO RULE 12(B) FEDERAL RULES OF APPELLATE PROCEDURE AND CIRCUIT RULE 3-2(B)** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Defendant-Intervenor State of Wyoming submits this representation statement regarding the parties to the above named action and the attorneys representing those parties as follows:

1.     Appellees/Plaintiffs Western Watersheds Project, Wildearth Guardians, Center for Biological Diversity, Prairie Hills Audubon Society:

> Laurence J. Lucas
> Sarah Stellberg
> Todd C Tucci
> Advocates for the West
> P.O. Box 1612
> Boise, ID 83701
> Phone: 208-342-7024
> Fax: 208-342-8286
> llucas@advocateswest.org
> sstellberg@advocateswest.org
> ttucci@advocateswest.org

2.     Appellants/Defendant Intervenor State of Wyoming:

> James Kaste, Deputy Attorney General
> Erik Petersen, Senior Assistant Attorney General
> Wyoming Attorney General's Office
> 2320 Capitol Ave.
> Cheyenne, Wyoming 82002
> Telephone: (307) 777-7895
> Facsimile: (307) 777-3542
> james.kaste@wyo.gov
> erik.petersen@wyo.gov

> Paul A. Turcke (ISB No. 4759)
> MSBT, CHTD.
> 950 West Bannock Street, Suite 520
> Boise, ID 83702
> Telephone: (208) 331-1800
> Facsimile: (208) 331-1202
> pat@msbtlaw.com

3.      Appellants/Defendants David Bernhardt, in his official capacity as Secretary of Interior, Casey Hammond, in his official capacity as Acting Assistant Secretary, Lands and Minerals Management, Department of the Interior, the United States Bureau of Land Management, and the United States Forest Service:

> Luther Hajek
> Barclay T. Samford
> Clarence Boronow
> U.S. Department of Justice
> Environment & Natural Resources Division
> 999 18th St.
> South Terrace – Suite 370
> Denver, CO 80202
> Phone: 303-844-1376
> Fax: 303-844-1350
> luke.hajek@usdoj.gov
> clay.samford@usdoj.gov
> clare.boronow@usdoj.gov
>
> Christine Gealy England
> United States Attorney's Office
> 800 Park Blvd., Ste 600
> Boise, ID 83712
> Phone: 208-334-1211

4.      Appellant/Intervenor-Defendant Western Energy Alliance:

> Bret A. Sumner
> Malinda Morain
> Beatty & Wozniak, P.C.
> 216 16th Street, Suite 1100
> Denver, CO 80202-5115
> Phone: 303-407-4499
> bsumner@bwenergylaw.com
> mmorain@bwenergylaw.com
>
> Paul A. Turcke
> Cherese De'Dominiq McLain
> MSBT, CHTD.
> 950 West Bannock Street, Suite 520
> Boise, ID 83702
> Phone: (208) 331-1800

Fax: (208) 331-1202
pat@msbtlaw.com
cdm@msbtlaw.com

Brian Gregg Sheldon
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
brian@mslegal.org

5.    Appellant/Intervenor-Defendant Wyoming Stock Growers Association:

David C McDonald
Brian Gregg Sheldon
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org

John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

6.    Appellant/Intervenor-Defendant Petroleum Association of Wyoming:

David C McDonald
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org

John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

4

7.      Intervenor-Defendants Idaho Power Company and Pacificorp:

Andrew J Pieper
Stoel Rives LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: 612-373-8800
andrew.pieper@stoel.com

Beth S Ginsberg
Jason T Morgan
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101
Phone: 206-624-0900
Fax: 206-386-7500
bsginsberg@stoel.com
jason.morgan@stoel.com

Kevin J Beaton
Stoel Rives LLP
101 S Capitol Blvd., Ste 1900
Boise, ID 83702
Phone: 208-389-9000
Fax: 208-389-9040
kjbeaton@stoel.com

8.      Intervenor-Defendants/Cross-Claimants National Cattlemen's Beef Association
and Public Lands Council:

Caroline Lobdell
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Phone: 503-768-8500
clobdell@wrlegal.org

Candice M McHugh
Christopher Michael Bromley
McHugh Bromley, PLLC
380 S. 4th St., Ste. 104
Boise, ID 83702
Phone: 208-287-0991
Fax: 208-287-0864
cmchugh@mchughbromely.com

cbromley@mchughbromley.com

9.      Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and State of Utah

School and Institutional Trust Lands Administration:

> Laurence Michael Bogert
> Parsons Behle & Latimer
> 800 W. Main Street, Suite 1300
> Boise, ID 83702
> Phone: 208-562-4900
> Fax: 208-562-4901
> mbogert@parsonsbehle.com
>
> Robert H Hughes
> Parsons Behle Latimer
> 201 S. Main Street, Suite 1800
> Salt Lake City, UT 84111
> Phone: 801-532-1234
> Fax: 801-536-6111
> rhughes@parsonsbehle.com
>
> William Gerry Myers, III
> Holland & Hart
> P.O. Box 2527
> Boise, ID 83701
> Phone: 208-342-5000
> Fax: 208-343-8869
> wmyers@hollandhart.com

10.     Intervenor-Defendant State of Idaho:

> Steven W Strack
> Office of Attorney General
> Natural Resources Division
> P.O. Box 83720
> Boise, ID 83720-0010
> Phone: 208-334-2400
> steve.strack@ag.idaho.gov

11.     Intervenor-Defendant Governor Brad Little:

> Brian C. Wonderlich
> Office of Governor Brad Little
> P.O. Box 83720
> Boise, ID 83720
> Phone: 208-334-2100

Fax: 208-334-3454
brian.wonderlich@gov.idaho.gov

Samuel J Eaton
Governor's Office
P.O. Box 83720
Boise, ID 83720
Phone: 208-854-3022
sam.eaton@gov.idaho.gov

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

12.      Intervenor-Defendant Idaho State Legislature:

Bradley Howard Oliphant
Erika Eaton Malmen
Perkins Coie LLP
1111 West Jefferson St.
Boise, ID 83702
Phone: 208-343-3434
emalmen@perkinscoie.com

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

Dated this 16th day of December, 2019.

Respectfully submitted,

/s/ Paul A. Turcke
Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800

7

Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

/s/ Erik Petersen
James Kaste (WSB No. 6-3244)
Deputy Attorney General
Erik Petersen (WSB No. 7-5608)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of

the U.S. District Court of Idaho using the CM/ECF system which sent a Notice of Electronic

filing to the parties of record.


/s/ Erik Petersen