LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

Darrell G. Early
Chief, Natural Resources Division

Steven W. Strack (ISB No. 3906)
Deputy Attorney General
Natural Resources Division
600 W. State, Second Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8072
steve.strack@ag.idaho.gov

*Attorneys for Defendant-Intervenors
State of Idaho and Idaho Governor
Brad Little*

Erika E. Malmen (ISB No. 6185)
EMalmen@perkinscoie.com
Bradley Oliphant (CA Bar No. 216468)
*pro hac vice application pending*
BOliphant@perkinscoie.com
Perkins Coie LLP
1111 West Jefferson Street, Suite 500
Boise, ID  83702-5391
Telephone:  208.343.3434
Facsimile:  208.343.3232

*Attorneys for Defendant-Intervenor
Idaho State Legislature*

Brian Wonderlich (ISB # 7758)
Samuel J. Eaton (ISB # 8974)
Office of Governor Brad Little
P.O. Box 83720
Boise, ID 83720
Telephone:  (208) 334-2100
Facsimile:  (208) 334-3454
Brian.wonderlich@gov.idaho.gov
Sam.eaton@gov.idaho.gov

John Richards (ISB # 10670)
Associate Legal Counsel
Governor's Office of Species
Conservation
304 N. 8th Street, Ste. 149
Boise, ID 83702
Telephone: (208) 332-1552
Facsimile  (208) 334-2172
John.richards@osc.idaho.gov

*Attorneys for Defendant-Intervenor
Idaho Governor Brad Little*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) | |
| WILDEARTH GUARDIANS, CENTER FOR | ) | Case No. 1:16-cv-00083-BLW |
| BIOLOGICAL DIVERSITY, and PRAIRIE | ) | |
| HILLS AUDUBON SOCIETY, | ) | |
| | ) | **NOTICE OF APPEAL** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |

1

DAVID BERNHARDT, Acting Secretary of )
Interior; JOSEPH R. BALASH, Assistant )
Secretary of Interior; BUREAU OF LAND )
MANAGEMENT; and U.S. FOREST )
SERVICE, )
)
            Defendants. )
_____ )

     Defendant-Intervenors State of Idaho, Governor Brad Little, and the Idaho State

Legislature hereby give notice that they appeal to the U.S. Court of Appeals for the Ninth

Circuit the Memorandum and Decision Order granting Plaintiffs' Motion for Preliminary

Injunction issued on October 16, 2019 [ECF No. 189], as well as all prior orders and

decisions that merge into that order..

     DATED this 16th day of December, 2019.

| /s/ Steven W. Strack | /s/ Brian Wonderlich | /s/ Erika E. Malmen |
|---|---|---|
| STEVEN W. STRACK | BRIAN WONDERLICH | ERIKA E. MALMEN |
| Deputy Attorney General | SAMUEL J. EATON | BRADLEY OLIPHANT |
| *Attorney for State of Idaho* | JOHN RICHARDS | Perkins Coie LLP |
| *and Governor Brad Little* | *Attorneys for* | *Attorneys for Idaho* |
| | *Governor Brad Little* | *State Legislature* |

2

## **REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth

Circuit Rule 3-2(b), Defendants-Intervenors submit this representation statement

regarding the parties to the above named action and the attorneys representing those

parties as follows:

1. Appellees/Plaintiffs Western Watersheds Project, Wildearth Guardians, Center for Biological Diversity, Prairie Hills Audubon Society:

  Laurence J. Lucas
  Sarah Stellberg
  Todd C Tucci
  Advocates for the West
  P.O. Box 1612
  Boise, ID 83701
  Phone: 208-342-7024
  Fax: 208-342-8286
  llucas@advocateswest.org
  sstellberg@advocateswest.org
  ttucci@advocateswest.org

2. Appellants/Defendants David Bernhardt, in his official capacity as Secretary of Interior, Casey Hammond, in his official capacity as Acting Assistant Secretary, Lands and Minerals Management, Department of the Interior, the United States Bureau of Land Management, and the United States Forest Service:

  Luther Hajek
  Barclay T. Samford
  Clarence Boronow
  U.S. Department of Justice
  Environment & Natural Resources Division
  999 18th St.
  South Terrace – Suite 370
  Denver, CO 80202
  Phone: 303-844-1376
  Fax: 303-844-1350
  luke.hajek@usdoj.gov
  clay.samford@usdoj.gov
  clare.boronow@usdoj.gov
  Christine Gealy England
  United States Attorney's Office

800 Park Blvd., Ste 600
Boise, ID 83712
Phone: 208-334-1211

3. Appellants/Defendant Intervenor State of Wyoming:

James Kaste, Deputy Attorney General
Erik Petersen, Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov
Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

4. Appellant/Intervenor-Defendant Western Energy Alliance:

Bret A. Sumner
Malinda Morain
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Phone: 303-407-4499
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com
Paul A. Turcke
Cherese De'Dominiq McLain
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Phone: (208) 331-1800
Fax: (208) 331-1202
pat@msbtlaw.com
cdm@msbtlaw.com
Brian Gregg Sheldon
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227

Phone: 303-292-2021
brian@mslegal.org

5. Appellant/Intervenor-Defendant Wyoming Stock Growers Association:

David C McDonald
Brian Gregg Sheldon
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org
John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

6. Appellant/Intervenor-Defendant Petroleum Association of Wyoming:

David C McDonald
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org
John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

7. Intervenor-Defendants Idaho Power Company and Pacificorp:

Andrew J Pieper
Stoel Rives LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: 612-373-8800
andrew.pieper@stoel.com

Beth S Ginsberg
Jason T Morgan
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101
Phone: 206-624-0900
Fax: 206-386-7500
bsginsberg@stoel.com
jason.morgan@stoel.com
Kevin J Beaton
Stoel Rives LLP
101 S Capitol Blvd., Ste 1900
Boise, ID 83702
Phone: 208-389-9000
Fax: 208-389-9040
kjbeaton@stoel.com

8. Intervenor-Defendants/Cross-Claimants National Cattlemen's Beef Association and
Public Lands Council:

Caroline Lobdell
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Phone: 503-768-8500
clobdell@wrlegal.org
Candice M McHugh
Christopher Michael Bromley
McHugh Bromley, PLLC
380 S. 4th St., Ste. 104
Boise, ID 83702
Phone: 208-287-0991
Fax: 208-287-0864
cmchugh@mchughbromely.com
cbromley@mchughbromley.com

9. Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and State of Utah
School and Institutional Trust Lands Administration:

Laurence Michael Bogert
Parsons Behle & Latimer
800 W. Main Street, Suite 1300
Boise, ID 83702
Phone: 208-562-4900
Fax: 208-562-4901
mbogert@parsonsbehle.com

Robert H Hughes
Parsons Behle Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Phone: 801-532-1234
Fax: 801-536-6111
rhughes@parsonsbehle.com
William Gerry Myers, III
Holland & Hart
P.O. Box 2527
Boise, ID 83701
Phone: 208-342-5000
Fax: 208-343-8869
wmyers@hollandhart.com

10. Intervenor-Defendant State of Idaho:

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

11. Intervenor-Defendant Governor Brad Little:

Brian C. Wonderlich
Office of Governor Brad Little
P.O. Box 83720
Boise, ID 83720
Phone: 208-334-2100
Fax: 208-334-3454
brian.wonderlich@gov.idaho.gov
Samuel J Eaton
Governor's Office
P.O. Box 83720
Boise, ID 83720
Phone: 208-854-3022
sam.eaton@gov.idaho.gov
Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400

steve.strack@ag.idaho.gov

12. Intervenor-Defendant Idaho State Legislature:

Bradley Howard Oliphant
Erika Eaton Malmen
Perkins Coie LLP
1111 West Jefferson St.
Boise, ID 83702
Phone: 208-343-3434
emalmen@perkinscoie.com
Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2019, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Laurence Lucas | llucas@advocateswest.org |
| Sarah Stellberg | sstellberg@advocateswest.org |
| Talasi Brooks | tbrooks@advocateswest.org |
| Todd Tucci | ttucci@advocateswest.org |
| Luther Hajek | luke.hajek@usdoj.gov |
| Barclay T Samford | clay.samford@usdoj.gov |
| Christine Gealy England | christine.england@usdoj.gov |
| Bret Sumner | bsumner@bwenergylaw.com |
| Theresa Sauer | tsauer@bwenergylaw.com |
| Malinda Morain | mmorain@bwenergylaw.com |
| Peter G. Barton | pgb@givenspursley.com |
| David McDonald | dmcdonald@mslegal.org |
| Sean P. Smith | ssmith@mountainstateslegal.org |
| Steven Lechner | lechner@mountainstateslegal.com |
| John Runft | jrunft@runftsteele.com |

Andrew J. Pieper                 andrew.pieper@stoel.com
Beth Ginsberg                    bsginsberg@stoel.com
Kevin Beaton                     kjbeaton@stoel.com
Jason Morgan                     jason.morgan@stoel.com
Erik Petersen                    erik.petersen@wyo.gov
James Kaste                      james.kaste@wyo.gov
Michael Robinson                 mike.robinson@wyo.gov
Eva La                           eva.la@wyo.gov
Michael McGrady                  mike.mcgrady@wyo.gov
Paul Turcke                      pat@msbtlaw.com
Bruce Smith                      bms@msbtlaw.com
Cherese De'Dominiq McLain        cdm@msbtlaw.com
Caroline Lobdell                 clobdell@wrlegal.org
Candice McHugh                   cmchugh@mchughbromley.com
Christopher Bromley              cbromley@mchughbromley.com
Laurence M. Bogert               mbogert@parsonsbehle.com
William Meyers, III              wmyers@hollandhart.com

/s/ Steven W. Strack

STEVEN W. STRACK
Deputy Attorney General