Bret A. Sumner (CO No. 38339)
Malinda Morain (CO No. 46986)
BEATTY & WOZNIAK, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Telephone: (303)407-4499
Facsimile: (800)886-6566
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

Paul A. Turcke, ISB #4759
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor Western Energy Alliance*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>*Plaintiffs*,<br><br>v.<br><br>JANICE SCHNEIDER, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE,<br><br>*Defendants*,<br><br>and<br><br>WYOMING STOCK GROWERS ASSOCIATION, PETROLEUM ASSOCIATION OF WYOMING, and WESTERN ENERGY ALLIANCE,<br><br>*Defendant-Intervenors*. | No. 1:16-cv-00083-BLW<br><br>**DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S REPRESENTATION STATEMENT PURSUANT TO RULE 12(B) FEDERAL RULES OF APPELLATE PROCEDURE AND CIRCUIT RULE 3-2(B)** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Defendant-Intervenor Western Energy Alliance hereby submits this representation statement regarding the parties to the above name action and the attorneys representing those parties as follows:

1.     Appellees/Plaintiffs Western Watersheds Project, WildEarth Guardians, Center for Biological Diversity, Prairie Hills Audubon Society:

   Laurence J. Lucas
   Sarah Stellberg
   Todd C Tucci
   Advocates for the West
   P.O. Box 1612
   Boise, ID 83701
   Phone: 208-342-7024
   Fax: 208-342-8286
   llucas@advocateswest.org
   sstellberg@advocateswest.org
   ttucci@advocateswest.org

2.     Appellants/Defendant Intervenor State of Wyoming:

   James Kaste, Deputy Attorney General
   Erik Petersen, Senior Assistant Attorney General
   Wyoming Attorney General's Office
   2320 Capitol Ave.
   Cheyenne, Wyoming 82002
   Telephone: (307) 777-7895
   Facsimile: (307) 777-3542
   james.kaste@wyo.gov
   erik.petersen@wyo.gov

   Paul A. Turcke (ISB No. 4759)
   MSBT, CHTD.
   950 West Bannock Street, Suite 520
   Boise, ID 83702
   Telephone: (208) 331-1800
   Facsimile: (208) 331-1202
   pat@msbtlaw.com

3.     Defendants David Bernhardt, in his official capacity as Secretary of Interior, Casey Hammond, in his official capacity as Acting Assistant Secretary, Lands and Minerals

Management, Department of the Interior, the United States Bureau of Land Management, and the

United States Forest Service:

>Luther Hajek
>Barclay T. Samford
>Clarence Boronow
>U.S. Department of Justice
>Environment & Natural Resources Division
>999 18th St.
>South Terrace – Suite 370
>Denver, CO 80202
>Phone: 303-844-1376
>Fax: 303-844-1350
>luke.hajek@usdoj.gov
>clay.samford@usdoj.gov
>clare.boronow@usdoj.gov
>
>Christine Gealy England
>United States Attorney's Office
>800 Park Blvd., Ste 600
>Boise, ID 83712
>Phone: 208-334-1211

4.      Appellant/Intervenor-Defendant Western Energy Alliance:

>Bret A. Sumner
>Malinda Morain
>Beatty & Wozniak, P.C.
>216 16th Street, Suite 1100
>Denver, CO 80202-5115
>Phone: 303-407-4499
>bsumner@bwenergylaw.com
>mmorain@bwenergylaw.com
>
>Paul A. Turcke
>Cherese De'Dominiq McLain
>MSBT, CHTD.
>950 West Bannock Street, Suite 520
>Boise, ID 83702
>Phone: (208) 331-1800
>Fax: (208) 331-1202
>pat@msbtlaw.com
>cdm@msbtlaw.com

5. Appellant/Intervenor-Defendant Wyoming Stock Growers Association:

David C McDonald
Brian Gregg Sheldon
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org

John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

6. Appellant/Intervenor-Defendant Petroleum Association of Wyoming:

David C McDonald
Mountain States Legal Foundation
5696 S. Lewis Way
Lakewood, CO 80227
Phone: 303-292-2021
dmcdonald@mslegal.org
brian@mslegal.org

John L Runft
Runft & Steele Law Offices
1020 W Main #400
Boise, ID 83702
Phone: 208-333-8506
Fax: 1-208-343-3246
JRunft@runftsteele.com

7.        Intervenor-Defendants Idaho Power Company and Pacificorp:

Andrew J Pieper
Stoel Rives LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: 612-373-8800
andrew.pieper@stoel.com

Beth S Ginsberg
Jason T Morgan
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101
Phone: 206-624-0900
Fax: 206-386-7500
bsginsberg@stoel.com
jason.morgan@stoel.com

Kevin J Beaton
Stoel Rives LLP
101 S Capitol Blvd., Ste 1900
Boise, ID 83702
Phone: 208-389-9000
Fax: 208-389-9040
kjbeaton@stoel.com

8.        Intervenor-Defendants/Cross-Claimants National Cattlemen's Beef Association

and Public Lands Council:

Caroline Lobdell
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Phone: 503-768-8500
clobdell@wrlegal.org

Candice M McHugh
Christopher Michael Bromley
McHugh Bromley, PLLC
380 S. 4th St., Ste. 104
Boise, ID 83702
Phone: 208-287-0991
Fax: 208-287-0864
cmchugh@mchughbromely.com
cbromley@mchughbromley.com

9. Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and State of Utah School and Institutional Trust Lands Administration:

Laurence Michael Bogert
Parsons Behle & Latimer
800 W. Main Street, Suite 1300
Boise, ID 83702
Phone: 208-562-4900
Fax: 208-562-4901
mbogert@parsonsbehle.com

Robert H Hughes
Parsons Behle Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Phone: 801-532-1234
Fax: 801-536-6111
rhughes@parsonsbehle.com

William Gerry Myers, III
Holland & Hart
P.O. Box 2527
Boise, ID 83701
Phone: 208-342-5000
Fax: 208-343-8869
wmyers@hollandhart.com

10. Intervenor-Defendant State of Idaho:

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

11. Intervenor-Defendant Governor Brad Little:

Brian C. Wonderlich
Office of Governor Brad Little P.O. Box 83720
Boise, ID 83720
Phone: 208-334-2100
Fax: 208-334-3454
brian.wonderlich@gov.idaho.gov

Samuel J Eaton
Governor's Office
P.O. Box 83720
Boise, ID 83720
Phone: 208-854-3022
sam.eaton@gov.idaho.gov

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

12.     Intervenor-Defendant Idaho State Legislature:

Bradley Howard Oliphant
Erika Eaton Malmen
Perkins Coie LLP
1111 West Jefferson St.
Boise, ID 83702
Phone: 208-343-3434
emalmen@perkinscoie.com

Steven W Strack
Office of Attorney General
Natural Resources Division
P.O. Box 83720
Boise, ID 83720-0010
Phone: 208-334-2400
steve.strack@ag.idaho.gov

DATED this 16th day of December 2019.

                      Respectfully submitted,

                      */s/ Malinda Morain*
                      Bret A. Sumner (CO No. 38339)
                      Malinda Morain (CO No. 46986)
                      BEATTY & WOZNIAK, P.C.
                      216 16th Street, Suite 1100
                      Denver, CO 80202-5115
                      Telephone: (303)407-4499
                      Facsimile: (800)886-6566
                      Email:  bsumner@bwenergylaw.com
                               mmorain@bwenergylaw.com

Paul Turcke
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor Western Energy Alliance*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of December 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Idaho using the CM/ECF system which sent a Notice of Electronic filing to all parties of record.

*/s/ Malinda Morain*
Malinda Morain