Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119 #327
Portland, OR 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

Chris M. Bromley, ISB 6530
Candice M. McHugh, ISB 5908
McHugh Bromley, PLLC
380 S. 4th Street, Suite 103
Boise, ID 83702
Telephone: (208) 287-0991
Fax: (208) 287-0864
cbromley@mchughbromley.com
cmchugh@mchughbromley.com

Counsel for Intervenor-Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>　　Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, Acting Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE,<br><br>　　Defendants. | Case No. 1:16-cv-00083-BLW<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**(NOTICE OF APPEAL)** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the National Cattlemen's Beef Association ("NCBA") and Public Lands Council ("PLC") (together, the "Livestock Associations") hereby file a Notice of Appeal to the Ninth Circuit Court of Appeals from the District Court's Order dated October 16, 2019 (Dkt. No. 189).

The Order grants a preliminary injunction to Plaintiffs pursuant to Fed. R. Civ. P. 65, and is thus an appealable interlocutory order within the meaning of 28 U.S.C. § 1292(a). This Notice of Appeal is filed within sixty (60) days of the Order, per Fed. R. App. P. 4(a)(1)(B).

DATED: December 16, 2019

Respectfully submitted,

/s/ Caroline Lobdell
Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Western Resources Legal Center
9220 SW Barbur Boulevard, Suite 119 #327
Portland, Oregon 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

/s/ Chris Bromley
Chris M. Bromley, ISB 6530
/s/ Candice McHugh
Candice M. McHugh, ISB 5908
McHugh Bromley, PLLC
380 S. 4th Street, Suite 103
Boise, ID 83702
Telephone: (208) 287-0991
Fax: (208) 287-0864
cbromley@mchughbromley.com
cmchugh@mchughbromley.com

Counsel for Defendant-Intervenors

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Circuit Rule 3-2(b), as modified by Circuit Rule 3-2, the Livestock Associations file this Representation Statement identifying all parties to the action and their counsel:

**Plaintiffs:** **Western Watersheds Project**
**WildEarth Guardians**
**Center for Biological Diversity**
**Prairie Hills Audubon Society**

**Counsel for Plaintiffs:** **Laurence J. Lucas**
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
llucas@advocateswest.org

**Todd C. Tucci**
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
ttucci@advocateswest.org

**Sarah Stellberg**
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
sstellberg@advocateswest.org

| | |
|---|---|
| **Defendants:** | **David Bernhardt**, Acting Secretary of Interior<br>**Joseph R. Balash**, Assistant Secretary of Interior<br>**Bureau of Land Management**<br>**U.S. Forest Service** |
| **Counsel for Defendants:** | **Barclay T. Samford**<br>U.S. Dept. of Justice<br>Environment & Natural Resources Div.<br>999 18th Street<br>South Terrace - Suite 370<br>Denver, CO 80202<br>(303) 844-1475<br>Clay.Samford@usdoj.gov<br><br>**Luther L. Hajek**<br>U.S. Dept. of Justice<br>Environment & Natural Resources Div.<br>999 18th Street<br>Denver, CO 80202<br>303-844-1376<br>luke.hajek@usdoj.gov<br><br>**Christine Gealy England**<br>United States Attorney's Office<br>800 Park Blvd., Ste 600<br>Boise, ID 83712<br>(208) 334-1211<br>christine.england@usdoj.gov<br><br>**Clare Boronow**<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 18th St.<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1362<br>clare.boronow@usdoj.gov |

| | |
|---|---|
| **Intervenor-Defendants:** | **National Cattlemen's Beef Association (NCBA)** <br> **Public Lands Council (PLC)** |
| **Counsel for NCBA, PLC:** | **Caroline Lobdell** <br> Western Resources Legal Center <br> 9220 SW Barbur Blvd., Suite 119-327 <br> Portland, OR 97219 <br> (503) 768-8500 <br> clobdell@wrlegal.org |
| | **Candice M. McHugh** <br> McHugh Bromley, PLLC <br> 380 S 4th St., Ste. 104 <br> Boise, ID 83702 <br> 208-287-0991 <br> cmchugh@mchughbromley.com |
| | **Christopher Michael Bromley** <br> McHugh Bromley, PLLC <br> 380 S. 4th St., Ste. 103 <br> Boise, Id 83702 <br> 208-287-0991 <br> cbromley@mchughbromley.com |

| | |
|---|---|
| **Intervenor-Defendant:** | **Brad Little**, Governor of Idaho |
| **Counsel for Brad Little:** | **Samuel J. Eaton**<br>Governor's Office<br>P.O. Box 83720<br>Boise, ID 83720<br>208-854-3022<br>sam.eaton@gov.idaho.gov<br><br>**Brian C. Wonderlich**<br>Office of Governor Brad Little<br>PO Box 83720<br>Boise, ID 83720<br>208-334-2100<br>208-334-3454 (fax)<br>brian.wonderlich@gov.idaho.gov<br><br>**Steven W. Strack**<br>OFFICE OF ATTORNEY GENERAL<br>Natural Reseources Division<br>PO Box 83720<br>Boise, ID 83720-0010<br>(208) 334-2400<br>steve.strack@ag.idaho.gov |

| | |
|---|---|
| **Intervenor-Defendants:** | **State of Idaho** <br> **Idaho State Legislature** |
| **Counsel for State of Idaho, Idaho State Legislature:** | **Bradley Howard Oliphant** <br> US Department of Justice <br> 999 18th St., Ste 370 <br> Denver, CO 80202 <br> 303-844-1381 <br> bradley.oliphant@usdoj.gov <br><br> **Steven W. Strack** <br> OFFICE OF ATTORNEY GENERAL <br> Natural Reseources Division <br> PO Box 83720 <br> Boise, ID 83720-0010 <br> (208) 334-2400 <br> steve.strack@ag.idaho.gov <br><br> **Erika Eaton Malmen** <br> Perkins Coie LLP <br> 1111 West Jefferson Street <br> Boise, ID 83702 <br> (208) 343-3434 <br> emalmen@perkinscoie.com |

| | |
|---|---|
| **Intervenor-Defendant:** | **Western Energy Alliance (WEA)** |
| **Counsel for WEA:** | **Malinda Morain**<br>Beatty & Wozniak, P.C.<br>216 16th Street, Suite 1100<br>Denver, CO 80202-5115<br>303-407-4499<br>mmorain@bwenergylaw.com<br><br>**Bret A. Sumner**<br>Beatty & Wozniak, P.C.<br>216 16th Street, Suite 1100<br>Denver, CO 80202-5115<br>303-407-4499<br>bsumner@bwenergylaw.com<br><br>**Paul A. Turcke**<br>MSBT Law, Chtd.<br>7699 W. Riverside Drive<br>Boise, ID 83714<br>(208) 331-1800<br>pat@msbtlaw.com<br><br>**Cherese De'Dominiq McLain**<br>MSBT Law, Chtd.<br>7699 W. Riverside Drive<br>Boise, ID 83714<br>208-331-1800<br>cdm@msbtlaw.com<br><br>**Brian Gregg Sheldon**<br>Mountain States Legal Foundation<br>5696 S. Lewis Way<br>Lakewood, CO 80227<br>303-292-2021<br>brian@mslegal.org |

| | |
|---|---|
| **Intervenor-Defendants:** | **Petroleum Association of Wyoming (PAW)**<br>**Wyoming Stock Growers Association (WSGA)** |
| **Counsel for PAW, WSGA:** | **David C. McDonald**<br>Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, CO 80227<br>303-292-2021<br>dmcdonald@mslegal.org<br><br>**Brian Gregg Sheldon**<br>Mountain States Legal Foundation<br>5696 S. Lewis Way<br>Lakewood, CO 80227<br>303-292-2021<br>brian@mslegal.org<br><br>**John L. Runft**<br>RUNFT & STEELE LAW OFFICES<br>1020 W Main #400<br>Boise, ID 83702<br>(208) 333-8506<br>JRunft@runftsteele.com |

| | |
|---|---|
| **Intervenor-Defendants:** | **State of Wyoming** |
| **Counsel for State of Wyoming:** | **Erik Edward Petersen** |

Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
307-777-6946
erik.petersen@wyo.gov

**James Kaste**
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946
(307) 777-3542 (fax)
james.kaste@wyo.gov

**Paul A. Turcke**
MSBT Law, Chtd.
7699 W. Riverside Drive
Boise, ID 83714
(208) 331-1800
pat@msbtlaw.com

| | |
|---|---|
| **Intervenor-Defendants:** | **State of Utah**<br>**Gary R. Herbert**, Governor of Utah<br>**State of Utah School and Institutional Trust Lands Administration (SITLA)** |
| **Counsel for State of Utah, Gary Herbert, and SITLA:** | **Laurence Michael Bogert**<br>Parsons Behle & Latimer<br>800 W. Main Street<br>Suite 1300<br>Boise, ID 83702<br>2085624900<br>mbogert@parsonsbehle.com<br><br>**William Gerry Myers, III**<br>HOLLAND & HART<br>PO Box 2527<br>Boise, ID 83701<br>(208) 342-5000<br>(208) 343-8869 (fax)<br>wmyers@hollandhart.com |
| **Counsel for State of Utah, SITLA:** | **Robert H. Hughes**<br>Parsons Behle Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>801-532-1234<br>801-536-6111 (fax)<br>rhughes@parsonsbehle.com |

| | |
|---|---|
| **Intervenor-Defendants:** | **Idaho Power Company (IPC)**<br>**PacifiCorp** |
| **Counsel for IPC, PacifiCorp:** | **Beth S. Ginsberg**<br>STOEL RIVES<br>600 University St #3600<br>Seattle, WA 98101<br>(206) 624-0900<br>(206) 624-0900 (fax)<br>bsginsberg@stoel.com<br><br>**Andrew J. Pieper**<br>Stoel Rives LLP<br>33 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>612-373-8800<br>andrew.pieper@stoel.com<br><br>**Kevin J. Beaton**<br>Stoel Rives LLP<br>101 S Capitol Blvd, Ste 1900<br>Boise, ID 83702<br>208/389-9000<br>208/389-9040 (fax)<br>kjbeaton@stoel.com<br><br>**Jason T. Morgan**<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101<br>(206) 386-7527<br>(206) 386-7500 (fax)<br>jason.morgan@stoel.com |

| | |
|---|---|
| **Amicus Curiae:** | **Idaho Conservation League (ICL)** |
| **Counsel for ICL:** | **Matthew A. Nykiel**<br>Idaho Conservation League<br>PO Box 2308<br>Sandpoint, ID 83864<br>208-265-9565<br>mnykiel@idahoconservation.org |

Page 12 – Preliminary Injunction Appeal (Notice of Appeal)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16 day of December, 2019, I filed the foregoing **PRELIMINARY INJUNCTION APPEAL (NOTICE OF APPEAL)** electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

      /s/ Caroline Lobdell
Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Western Resources Legal Center
9220 SW Barbur Boulevard, Suite 119 #327
Portland, Oregon 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

Counsel for Intervenor-Defendants