William G. Myers III (ISB #5598)
Murray D. Feldman (ISB #4097)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID  83701-2527
(208) 342-5000
wmyers@hollandhart.com
mfeldman@hollandhart.com

*Counsel for Intervenor-Defendant
Governor Gary R. Herbert*

Robert H. Hughes (USB #9787)
(admitted *pro hac vice*)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6746
RHughes@ParsonsBehle.com

*Counsel for Intervenors-Defendants
State of Utah and State of Utah School and
Institutional Trust Lands Administration*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY, <br><br> Plaintiffs, <br> vs. <br><br> DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, et al. <br><br> Defendants, <br> and <br><br> GOVERNOR GARY R. HERBERT, STATE OF UTAH, and STATE OF UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION, <br><br> Intervenor-Defendants. | Case No. 1:16-cv-83-BLW <br><br> **NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

Notice is hereby given that Intervenor-Defendants Governor Gary R. Herbert, State of Utah, and State of Utah School and Institutional Trust Lands Administration (collectively "Utah") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the October 16, 2019 Memorandum Decision and Order (ECF 189) granting the Plaintiffs' Motion for Preliminary Injunction (ECF 124), as well as all prior orders and decisions that merge into that Order including this Court's August 16, 2019 Memorandum Decision and Order (ECF 181) denying Utah's Motion to Sever and Transfer (ECF 144), this Court's October 2, 2019 Memorandum Decision and Order (ECF 188) denying Federal Defendants' Motion to Dismiss for Improper Venue or, in the Alternative, to Sever and Transfer Plaintiffs' Claims (ECF 164), and this Court's May 2, 2019 Memorandum Decision and Order (ECF 138) granting Plaintiffs' Motion to File a Supplemental Complaint (ECF 118).

Attached hereto is Utah's Representation Statement pursuant to Ninth Circuit Rule 3-2(b).

Respectfully submitted this 16th day of December, 2019.

HOLLAND & HART LLP

By: /s/ William G. Myers III

*Counsel for Intervenor-Defendant*
*Governor Gary R. Herbert*

PARSONS BEHLE & LATIMER

By: /s/ Robert S. Hughes

*Counsel for Intervenors-Defendants*
*State of Utah and State of Utah School and*
*Institutional Trust Lands Administration*

NOTICE OF PRELIMINARY INJUNCTION APPEAL - 1

## Certificate of Service

I HEREBY CERTIFY that on the 16th day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org
Sarah Stellberg
sstellberg@advocateswest.org
Todd C. Tucci
ttucci@advocateswest.org
*Counsel for Plaintiffs*

Luther L. Hajek
luke.hajek@usdoj.gov
Barclay T. Samford
clay.samford@usdoj.gov
Clare Boronow
clare.boronow@usdoj.gov
Christine Gealy England
christine.england@usdoj.gov
*Counsel for Federal Defendants*

Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com
Paul A. Turcke
pat@msbtlaw.com
Cherese De'Dominiq McLain
cdm@msbtlaw.com
*Counsel for Intervenor Defendant Western Energy Alliance*

David C. McDonald
dmcdonald@mslegal.org
John L. Runft
jrunft@runftsteele.com
*Counsel for Intervenors Defendants Wyoming Stockgrowers Association and Petroleum Association of Wyoming*

Andrew J. Pieper
andrew.pieper@stoel.com
Beth S. Ginsberg
bsginsberg@stoel.com
Kevin J. Beaton
kjbeaton@stoel.com
Jason T. Morgan
jason.morgan@stoel.com
*Counsel for Intervenors Defendants Idaho Power Company and Pacificorp*

Caroline Lobdell
clobdell@wrlegal.org
Candice M. McHugh
cmchugh@mchughbromnley.com
Christopher Michael Bromley
cbromley@mchughbromley.com
*Counsel for Intervenors Defendants National Cattlemen's Beef Association and Public Lands Council*

Erik Peterson
erik.petersen@wyo.gov
*Counsel for Intervenor-Defendant State of Wyoming*

                                        /s/ William G. Myers III
                                        for HOLLAND & HART LLP

13962669_v1