William G. Myers III (ISB #5598)
Murray D. Feldman (ISB #4097)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID  83701-2527
(208) 342-5000
wmyers@hollandhart.com
mfeldman@hollandhart.com

*Counsel for Intervenor-Defendant
Governor Gary R. Herbert*

Robert H. Hughes (USB #9787)
(admitted *pro hac vice*)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111
(801) 536-6746
RHughes@ParsonsBehle.com

*Counsel for Intervenors-Defendants
State of Utah and State of Utah School and
Institutional Trust Lands Administration*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>   Plaintiffs,<br>vs.<br><br>DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, et al.<br><br>   Defendants,<br>and<br><br>GOVERNOR GARY R. HERBERT, STATE OF UTAH, and STATE OF UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION,<br><br>   Intervenor-Defendants. | Case No. 1:16-cv-83-BLW<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Intervenor-Defendants Governor Gary R. Herbert, State of Utah, and State of Utah School and Institutional Trust Lands Administration file the following representation statement:

| **Intervenors/Defendants/ Appellants** | **Counsel of Record** | **Contact Information for Counsel** |
|---|---|---|
| Governor Gary R. Herbert | William G. Myers III<br>wmyers@hollandhart.com<br>Murray D. Feldman<br>mfedlman@hollandhart.com | Holland & Hart LLP<br>P.O. Box 2527<br>Boise, ID  83701<br>(208) 342-5000 |
| State of Utah;<br><br>State of Utah School and Institutional Trust Lands Administration | Robert R. Hughes<br>rhughes@parsonbehle.com<br>(admitted *pro hac vice*) | Parsons Behle & Latimer<br>210 Main Street, Suite 1800<br>Salt Lake City, UT  84111<br>(801) 536-6746 |

| **Federal Defendants/ Appellants** | **Counsel of Record** | **Contact Information for Counsel** |
|---|---|---|
| David Bernhardt, in his official capacity as Secretary of Interior;<br><br>Casey Hammond, in his official capacity as Acting Assistant Secretary, Lands and Minerals Management, Department of the Interior;<br><br>U.S. Bureau of Land Management; | Luther L. Hajek<br>luke.hajek@usdoj.gov<br><br><br><br><br><br>Barclay T. Samford<br>clay.samford@usdoj | U. S. Department of Justice<br>Environment and Natural<br>   Resources Division<br>999 18th Street<br>Denver, CO  80202<br>(303) 844-1376<br><br>U. S. Department of Justice<br>Environment and Natural<br>   Resources Division<br>999 18th Street<br>South Terrace – Suite 370<br>Denver, CO  80202<br>(303) 844-1475 |
| U.S. Forest Service | Clare Boronow<br>clare.borronow@usdoj.gov | U. S. Department of Justice<br>Environment and Natural<br>   Resources Division<br>999 18th Street<br>South Terrace – Suite 370<br>Denver, CO  80202<br>(303) 844-1362 |

|  |  |  |
|---|---|---|
|  | Christine Gealy England<br>christine.england@usdoj.gov | U.S. Attorney's Office<br>800 Park Blvd., Suite 600<br>Boise, ID  83712<br>(208) 334-1211 |

| **Plaintiffs/Appellees** | **Counsel of Record** | **Contact Information for Counsel** |
|---|---|---|
| Western Watersheds Project;<br><br>WildEarth Guardians;<br><br>Center for Biological Diversity;<br><br>Prairie Hills Audubon Society | Laurence J. Lucas<br>llucas@advocateswest.org<br>Sarah Stellberg<br>sstellberg@advocateswest.org<br>Todd C. Tucci<br>ttucci@advocateswest.org | Advocates for the West<br>P.O. Box 1612<br>Boise, ID 83701<br>(208) 342-7024 |

| **Intervenors/Defendants/ Appellants** | **Counsel of Record** | **Contact Information for Counsel** |
|---|---|---|
| Western Energy Alliance | Bret A. Sumner<br>bsumner@bwenergylaw.com<br>Malinda Morain<br>mmorain@bwenergylaw.com | Beatty & Wozniak, P.C.<br>216 16th Street, Suite 1100<br>Denver, CO 80202-5115<br>(303) 407-4499 |
|  | Paul A. Turcke<br>pat@msbtlaw.com<br>Cherese De'Dominiq McLain<br>cdm@msbtlaw.com | MSBT Law, Chtd<br>7699 W. Riverside Drive<br> Boise, ID 83714<br>(208) 331-1800 |
|  | Brian Gregg Sheldon<br>brian@mslegal.org | Mountain States Legal Foundation<br>5696 S. Lewis Way<br>Lakewood, CO 80227<br>(303) 292-2021 |

| **Intervenors/Defendants/ Appellants** | **Counsel of Record** | **Contact Information for Counsel** |
|---|---|---|
| Wyoming Stock Growers Association<br><br>Petroleum Association of Wyoming | David C. McDonald<br>dmcdonald@mslegal.org<br>Brian Gregg Sheldon<br>brian@mslegal.org | Mountain States Legal Foundation<br>2596 South Lewis Way<br>Lakewood, CO 80227<br>(303) 292-2021 |

PLAINTIFFS' REPRESENTATION STATEMENT - 2

| | John L. Runft<br>JRunft@runftsteele.com | Runft & Steele Law Offices<br>1020 W Main #400<br>Boise, ID 83702<br>(208) 333-8506 |
|---|---|---|
| **Intervenors/Defendants** | **Counsel of Record** | **Contact Information for Counsel** |
| Idaho Power Company;<br><br>Pacificorp | Andrew J Pieper<br>andrew.pieper@stoel.com | Stoel Rives LLP<br>33 South Sixth Street, #4200<br>Minneapolis, MN 55402<br>(612) 373-8800 |
| | Beth S. Ginsberg<br>bsginsberg@stoel.com | Stoel Rives<br>600 University St., #3600<br>Seattle, WA 98101<br>(206) 624-0900 |
| | Kevin J Beaton<br>kjbeaton@stoel.com | Stoel Rives LLP<br>101 S. Capitol Blvd, Ste. 1900<br>Boise, ID 83702<br>(208) 389-9000 |
| | Jason T. Morgan<br>jason.morgan@stoel.com | Stoel Rives LLP<br>600 University Street, #3600<br>Seattle, WA 98101<br>(206) 386-7527 |
| **Intervenors/Defendants/<br>Appellants** | **Counsel of Record** | **Contact Information for Counsel** |
| State of Wyoming | Erik Edward Petersen<br>erik.petersen@wyo.gov<br>James Kaste<br>james.kaste@wyo.gov | Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>(307) 777-6946 |
| | Paul A. Turcke<br>pat@msbtlaw.com | MSBT Law, Chtd.<br>7699 W. Riverside Drive<br>Boise, ID 83714<br>(208) 331-1800 |

| Intervenors/Defendants/ Cross-Claimants/ Appellants | Counsel of Record | Contact Information for Counsel |
|---|---|---|
| National Cattlemen's Beef Association; Public Lands Counsel | Caroline Lobdell clobdell@wrlegal.org | Western Resources Legal Center 9220 SW Barbur Blvd., #327 Portland, OR 97219 (503) 768-8500 |
| | Candice M. McHugh cmchugh@mchughbromley.com Christopher Michael Bromley cbromley@mchughbromley.com | McHugh Bromley, PLLC 380 S 4th St., Ste. 104 Boise, ID 83702 (208) 287-0991 |

| Intervenors/Defendants/ Appellants | Counsel of Record | Contact Information for Counsel |
|---|---|---|
| State of Idaho; Governor Brad Little; Idaho State Legislature | Brian C. Wonderlich brian.wonderlich@gov.idaho.gov | Office of Governor Brad Little P.O. Box 83720 Boise, ID 83720 (208) 334-2100 |
| | Samuel J. Eaton sam.eaton@gov.idaho.gov | Governor's Office P.O. Box 83720 Boise, ID 83720 (208) 854-3022 |
| | Steven W. Strack steve.strack@ag.idaho.gov | Office of Attorney General Natural Resources Division P.O. Box 83720 Boise, ID 83720-0010 (208) 334-2400 |
| | Bradley Howard Oliphant Erika Eaton Malmen emalmen@perkinscoie.com | Perkins Coie LLP 1111 West Jefferson Street Boise, ID 83702 (208) 343-3434 |

Respectfully submitted this 16th day of December, 2019.

          HOLLAND & HART LLP

          By: /s/ William G. Myers III

          *Counsel for Intervenor-Defendant*
          *Governor Gary R. Herbert*

          PARSONS BEHLE & LATIMER

          By: /s/ Robert S. Hughes

          *Counsel for Intervenors-Defendants*
          *State of Utah and State of Utah School and*
          *Institutional Trust Lands Administration*

## Certificate of Service

I HEREBY CERTIFY that on the 16th day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org
Sarah Stellberg
sstellberg@advocateswest.org
Todd C. Tucci
ttucci@advocateswest.org
*Counsel for Plaintiffs*

Luther L. Hajek
luke.hajek@usdoj.gov
Barclay T. Samford
clay.samford@usdoj.gov
Clare Boronow
clare.boronow@usdoj.gov
Christine Gealy England
christine.england@usdoj.gov
*Counsel for Federal Defendants*

Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com
Paul A. Turcke
pat@msbtlaw.com
Cherese De'Dominiq McLain
cdm@msbtlaw.com
*Counsel for Intervenor Defendant Western Energy Alliance*

David C. McDonald
dmcdonald@mslegal.org
John L. Runft
jrunft@runftsteele.com
*Counsel for Intervenors Defendants Wyoming Stockgrowers Association and Petroleum Association of Wyoming*

Andrew J. Pieper
andrew.pieper@stoel.com
Beth S. Ginsberg
bsginsberg@stoel.com
Kevin J. Beaton
kjbeaton@stoel.com
Jason T. Morgan
jason.morgan@stoel.com
*Counsel for Intervenors Defendants Idaho Power Company and Pacificorp*

Caroline Lobdell
clobdell@wrlegal.org
Candice M. McHugh
cmchugh@mchughbromnley.com
Christopher Michael Bromley
cbromley@mchughbromley.com
*Counsel for Intervenors Defendants National Cattlemen's Beef Association and Public Lands Council*

Erik Peterson
erik.petersen@wyo.gov
*Counsel for Intervenor-Defendant State of Wyoming*

/s/ William G. Myers III
for HOLLAND & HART LLP

13962727_v1