BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

PRERAK SHAH
Acting Deputy Assistant Attorney General

LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
           clay.samford@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BERNHARDT, Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br><br> **DEFENDANTS' NOTICE OF FILING THE U.S. BUREAU OF LAND MANAGEMENT'S ADMINISTRATIVE RECORDS** |

Defendants' Notice of Filing of Administrative Records

Defendants David Bernhardt, Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), *et al.* hereby provide notice of the filing of BLM's Administrative Records for the actions challenged in Plaintiffs' First Supplemental Complaint: six 2019 Greater Sage-Grouse land use plan amendments; BLM's compensatory mitigation policy, IM 2019-018; and BLM's 2017 cancellation of its proposal to withdraw Sagebrush Focal Areas from mineral entry. The records are being provided on a flash drive containing indices and PDF documents for each of the challenged actions, as well as a set of documents applicable to all of the challenged plan amendments, BLM's mitigation policy, and BLM's withdrawal cancellation decision. Attached to this notice are: (1) the index for the Colorado plan amendment record, (2) the index for the Idaho plan amendment record, (3) the index for Nevada/California plan amendment record, (4) the index for the Oregon plan amendment record, (5) the index for the Utah plan amendment record, (6) the index for the Wyoming plan amendment record, and (7) the index for documents applicable to all of the plan amendments, mitigation policy, and withdrawal cancellation decision (the "Rangewide" documents).

Copies of the flash drive containing the administrative records will be sent to the Court and the parties.

Defendants note that the administrative record in this case also includes the administrative records for the 2015 Greater Sage-Grouse land use plan amendments, which were previously filed with the Court. *See* ECF No. 87.

Respectfully submitted this 31st day of January, 2020,

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney

Defendants' Notice of Filing of Administrative Records                              1

District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

PRERAK SHAH
Acting Deputy Assistant Attorney General

LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
         clay.samford@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 31, 2020, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

<u>Counsel for Plaintiff Western Watersheds Project</u>

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

<u>Counsel for Intervenor-Defendant Western Energy Alliance</u>

Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Paul A. Turcke
pat@msbtlaw.com

Cherese De'Dominiq McLean
cdm@msbtlaw.com

Brian G. Sheldon
brian@mslegal.org

<u>Intervenor-Defendants Wyoming Stock Growers Ass'n and Petroleum Ass'n of Wyoming</u>

David C. McDonald
dmcdonald@mslegal.org

John L. Runft
JRunft@runftsteele.com

<u>Intervenor-Defendants Idaho Power Co. and Pacificorp</u>

Andrew J. Pieper
andrew.pieper@stoel.com

Defendants' Notice of Filing of Administrative Records     3

Beth S. Ginsberg
bginsberg@stoel.com

Kevin J. Beaton
kjbeaton@stoel.com

Jason T. Morgan
jtmorgan@stoel.com

Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

James Kaste
James.kasted@wyo.gov

Intervenor-Defendants National Cattlemen's Beef Ass'n and Public Lands Council

Caroline Lobdell
clobdell@wrlegal.org

Candice M. McHugh
cmmchugh@mchughbromley.com

Christopher M. Bromley
cbromley@mchughbromley.com

Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.

Laurence M. Bogert
mbogert@parsonsbehle.com

Robert H. Hughes
rhughes@parsonsbehle.com

William Gerry Myers III
wmyers@hollandhart.com

Intervenor Defendant State of Idaho

Steven W. Strack
steve.strack@ag.idaho.gov

Intervernor-Defendant Governor Brad Little

Brian C. Wonderlich
brian.wonderlich@gov.idaho.gov

Samual J. Eaton
sam.eaton@gov.idaho.gov

Interenor-Defendant Idaho State Legislature

Erika E. Malmen
emalmen@perkinscoie.com

Amicus Idaho Conservation League

Matthew A. Nykiel
mnykiel@idahoconservation.org

                */s/ Luther L. Hajek*
                Luther L. Hajek