UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT et al. <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br> **ORDER APPROVING STIPULATION TO EXTEND DEADLINE UNDER JOINT PROPOSED LITIGATION PLAN (ECF No. 221)** |

Before the Court is the Stipulation to Extend Deadline Under Joint Proposed Litigation Plan (ECF No. 221), in which Plaintiffs and Federal Defendants stipulate to extend by two weeks the deadline under the parties' Joint Proposed Litigation Plan (ECF No. 192), for filing any motion challenging the adequacy of the Administrative Records submitted by Federal Defendants regarding Plaintiffs' claims in the First Supplemental Complaint herein.  Intervenors National Cattlemen's Beef Association also support the stipulation.

Having reviewed the Stipulation, and good cause appearing,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation to Extend Deadline (docket no. 221) is APPROVED, and the deadline for filing any motion to challenge the Administrative Records filed under the Joint Proposed Litigation Plan is EXTENDED TO MARCH 16, 2020.

DATED: March 4, 2020

_____
B. Lynn Winmill
United States District Judge

Case 1:16-cv-00083-BLW   Document 222   Filed 03/04/20   Page 2 of 2