Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH,* Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br> **JOINT MOTION TO AMEND LITIGATION PLAN** |

*\* Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

Plaintiffs and Federal Defendants, by and through their undersigned counsel of record, hereby move to amend the litigation plan in this case. Counsel for the Federal Defendants has conferred with counsel for Defendant-Intervenors and is advised that they do not oppose this motion. In support of this motion, the Parties state as follows:

JOINT MOTION TO AMEND LITIGATION PLAN -- 1

(a) On October 16, 2019, this Court issued a preliminary injunction suspending implementation of the BLM's 2019 Greater Sage-Grouse Plan Amendments for Idaho, Wyoming, Colorado, Utah, Nevada/Northeastern California, and Oregon. ECF No. 189.

(b) On December 13, 2019, the parties submitted a Joint Proposed Litigation Plan. *See* ECF No. 192. The Plan proposed that the parties resolve all claims in Plaintiffs' First Supplemental Complaint through a single round of summary judgment briefing, beginning on April 2, 2020. The Court has not yet entered a Case Management Order approving this proposed schedule but the parties have been proceeding according to its terms.

(c) On February 21, 2020, in response to the Court's Preliminary Injunction Order, the Bureau of Land Management published six draft Supplemental Environmental Impact Statements (SEISs) to "supplement and clarify" the NEPA analysis BLM relied on in approving its 2019 Sage Grouse Plan Amendments. *See, e.g.*, Notice of Availability of the Idaho Draft Supplemental Environmental Impact Statement for Greater Sage-Grouse Conservation, 80 Fed. Reg. 10185 (Feb. 21, 2020).

(d) The 45-day public comment period on the draft SEISs will close on April 6, 2020. BLM anticipates that it will complete the SEIS process by early summer.

(e) The outcome of this SEIS process may impact Plaintiffs' claims concerning the 2019 Sage-Grouse Plan Amendments. Accordingly, to conserve litigant and judicial resources, the parties propose to defer briefing on those claims until the SEIS process is complete.

(f) The parties also propose to defer briefing on Plaintiffs' claim regarding compensatory mitigation (Sixth Supplemental Claim for Relief) given the overlap between this issue and the 2019 Plan Amendments. Briefing on these claims can proceed on a coordinated schedule once the SEIS process is complete.

JOINT MOTION TO AMEND LITIGATION PLAN -- 2

(g)     The parties propose to resolve Plaintiffs' challenge to the SFA Mineral Withdrawal Cancellation (Fifth Supplemental Claim for Relief) according to the current briefing schedule. This claim is distinct from the remaining issues and will not be impacted by the SEIS process.

(h)     Dividing the case in this fashion will render the briefing more manageable, avoid undue prejudice to Plaintiffs, and promote a more timely resolution of this case.

(i)     Counsel have also been in communication about the adequacy of the Administrative Record produced on January 31, 2020. The Parties' Joint Proposed Litigation Plan set a deadline of March 1, 2020 for any motion challenging the adequacy of the Administrative Records, a deadline this Court recently extended to March 13, 2020 to accommodate the parties' ongoing negotiations. *See* ECF No. 222. Since that time, Federal Defendants have agreed to submit several batches of missing Administrative Record materials. Plaintiffs received the first set of documents, pertaining to the Sagebrush Focal Area Mineral Withdrawal Cancellation, on March 16, 2020. The parties are still conferring about a production deadline for the remaining missing documents. To allow counsel sufficient time to review these documents and determine whether their objections have been resolved, a further extension of the deadline for Administrative Record motions is warranted.

(j)     Accordingly, the parties propose to amend their existing Joint Proposed Litigation Plan (ECF No. 192) as follows:

>  1.     The deadline for any motion challenging the adequacy of the Administrative Record for the Sagebrush Focal Area Mineral Withdrawal Cancellation shall be **March 27, 2020**. The deadline for any motion challenging the adequacy of the remainder of the Administrative Record

JOINT MOTION TO AMEND LITIGATION PLAN -- 3

shall be 28 days after the government's production of the remaining missing documents.

2. The section entitled "SUMMARY JUDGMENT BRIEFING" shall be replaced with the following:

**SUMMARY JUDGMENT BRIEFING:**

The parties propose to continue to stay adjudication of the 2015 Sage Grouse Plans challenged in the original Complaint, until the claims in Plaintiffs' First Supplemental Complaint are resolved on summary judgment.

The parties propose to brief the claims in Plaintiffs' First Supplemental Complaint in two phases. Phase One will resolve Plaintiffs' challenge to the Sagebrush Focal Area (SFA) Mineral Withdrawal Cancellation (Fifth Supplemental Claim for Relief). Phase Two will resolve Plaintiffs' challenge to the 2019 BLM Plan Amendments and revised compensatory mitigation policy (First, Second, Third, Fourth, and Sixth Supplemental Claims for Relief).

**Phase One Briefing Schedule:**

- April 2, 2020: Deadline for Plaintiffs to file their opening summary judgment motion and briefing (30 pages);

- May 15, 2020: Deadline for Federal Defendants to file their cross-motion for summary judgment and combined opening/response brief (30 pages);

- May 29, 2020: Deadline for Intervenor-Defendants to file their joint response brief and any cross-motions for summary judgment. In accordance with the Court's orders on intervention, ECF Nos. 84, 134, 135, Intervenors shall file joint briefs with any other Intervenors with which they share a common interest; and Intervenors' briefs shall be limited to issues not addressed in Federal Defendants briefings. The Intervenors may file no more than 5 briefs total, each with a page limit of 6 pages. Intervenors may decide to file fewer than 5 briefs but their total page limit shall remain 30 pages.

- June 26, 2020: Deadline for Plaintiffs to file their combined summary judgment response/reply brief (20 pages).

- July 17, 2020: Deadline for Federal Defendants to file their summary judgment reply brief (20 pages).

JOINT MOTION TO AMEND LITIGATION PLAN -- 4

- July 31, 2020: Deadline for Intervenor-Defendants to file their summary judgment reply brief(s). Intervenors may file no more than 5 briefs total, each with a page limit of 4 pages. Intervenors may decide to file fewer than 5 briefs but their total page limit shall remain 20 pages.

- The Court is requested to set oral argument on the summary judgment motions as soon as the Court's calendar allows following completion of briefing.

- All page limits apply to substantive pages, not case captions, tables of contents, tables of authorities, signature blocks, or certificates of service.

**Phase Two Briefing Schedule:**

The parties will confer and propose a briefing schedule for Phase Two within 15 days of BLM's completion of the SEIS process.

Defendants will file the Administrative Record for the SEISs no later than 60 days following the completion of that process.

Dated this 16th day of March, 2020.

Respectfully submitted,

*/s/ Sarah Stellberg*
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
Talasi B. Brooks (ISB #9712)
Sarah Stellberg (ISB #10538)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024; Fax: (208) 342-8286

*Attorneys for Plaintiffs*

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney

JOINT MOTION TO AMEND LITIGATION PLAN -- 5

District of Idaho
Washington Group Plaza IV 800 East Park
Boulevard, Suite 600 Boise, Id 83712-7788 Tel:
(208) 334-1211; Fax: (208) 334-1414 Email:
Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Luke Hajek*
LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
clay.samford@usdoj.gov

*Attorneys for Defendants*

JOINT MOTION TO AMEND LITIGATION PLAN -- 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2020, I electronically filed the foregoing JOINT MOTION TO AMEND LITIGATION PLAN through the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons:

Luther L. Hajek
luke.hajek@usdoj.gov
Barclay T. Samford
clay.samford@usdoj.gov
Christine Gealy England
christine.england@usdoj.gov

*Counsel for Federal Defendants*

Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com
Paul A. Turcke
pat@msbtlaw.com
Cherese De'Dominiq McLain
cdm@msbtlaw.com

*Counsel for Intervenor-Defendant Western Energy Alliance*

Caroline Lobdell
clobdell@wrlegal.org
Candice M. McHugh
cmchugh@mchughbromley.com
Christopher Michael Bromley
cbromley@mchughbromley.com

*Counsel for Intervenor-Defendants National Cattlemen's Beef Association and Public Lands Council*

Erik Edward Petersen
erik.petersen@wyo.gov
James Kaste
James.kasted@wyo.gov
Paul A. Turcke
pat@msbtlaw.com

*Counsel for Intervenor-Defendant State of Wyoming*

Laurence M. Bogert
mbogert@parsonsbehle.com
William Gerry Myers III
wmyers@hollandhart.com

*Counsel for Amicus State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.*

David C. McDonald
dmcdonald@mslegal.org
John L. Runft
jrunft@runftsteele.com

*Counsel for Intervenor-Defendants Wyoming Stockgrowers Association and Petroleum Association of Wyoming*

Steven W. Strack
steve.strack@ag.idaho.gov
Erika E. Malmen
Emalmen@perkinscoie.com
Brian Wonderlich
Brian.wonderlich@gov.idaho.gov
Samuel J. Eaton
Sam.eaton@gov.idaho.gov

*Counsel for Intervenor-Defendants Idaho State Legislature, Idaho Governor Brad Little*

Andrew J. Pieper
andrew.pieper@stoel.com
Beth S. Ginsberg
bsginsberg@stoel.com
Kevin J. Beaton
kjbeaton@stoel.com
Jason T. Morgan
jason.morgan@stoel.com

*Counsel for Intervenors-Defendants Idaho Power Company and Pacificorp*

Matthew A Nykiel
Idaho Conservation League
PO Box 2308
Sandpoint, ID 83864
208-265-9565
mnykiel@idahoconservation.org

*Counsel for Amicus Idaho Conservation League*

/s/ Sarah K. Stellberg
ADVOCATES FOR THE WEST

JOINT MOTION TO AMEND LITIGATION PLAN -- 7