Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH,* Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PHASE ONE SUMMARY JUDGMENT DEADLINES** |

*Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

    Pursuant to Idaho Local Civil Rule 6.1(a), Plaintiffs respectfully request a two-week extension their Phase One Motion for Partial Summary Judgment and opening brief deadline, currently set at April 2, 2020. Plaintiffs request the extension to give counsel sufficient time to review the recently-produced administrative record for the Sagebrush Focal Area Mineral Withdrawal Cancellation, the subject of Phase One of this case. The litigation plan set a deadline

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PHASE ONE SUMMARY JUDGMENT DEADLINES – 1

of January 31, 2020 for production of the administrative record. Through inadvertence, Federal Defendants did not include the administrative record for the Sagebrush Focal Area Mineral Withdrawal in their January 31, 2020 production. Plaintiffs only recently received that 18,000+ page record on March 16, 2020, less than three weeks before their current opening brief deadline. Additional time is therefore necessary for counsel to adequately review that record and prepare their summary judgment filings.

Counsel for Plaintiffs has conferred with counsel for Federal Defendants and Intervenor-Defendants and is advised that they do not oppose the motion. All parties agree to the following dates for Phase One summary judgment briefing:

|  | **Current Deadline** | **Revised Deadline, With Two-Week Extension** |
|---|---|---|
| Plaintiffs' Motion and Opening Brief | April 2, 2020 | April 16, 2020 |
| Defendants' Motion and Opening/Response Brief | May 15, 2020 | May 29, 2020 |
| Intervenors' Motion and Opening/Response Brief | May 29, 2020 | June 12, 2020 |
| Plaintiffs' Response/Reply Brief | June 26, 2020 | July 10, 2020 |
| Defendants' Reply Brief | July 17, 2020 | July 31, 2020 |
| Intervenors' Reply Brief | July 31, 2020 | August 14, 2020 |

Dated this 26th day of March, 2020.

Respectfully submitted,

*/s/ Sarah Stellberg*
Sarah Stellberg
Laurence J. ("Laird") Lucas
Todd C. Tucci

*Counsel for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PHASE ONE SUMMARY JUDGMENT DEADLINES – 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2020, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PHASE ONE SUMMARY JUDGMENT DEADLINES through the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons:

Luther L. Hajek
luke.hajek@usdoj.gov
Barclay T. Samford
clay.samford@usdoj.gov
Christine Gealy England
christine.england@usdoj.gov

*Counsel for Federal Defendants*

Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com
Paul A. Turcke
pat@msbtlaw.com
Cherese De'Dominiq McLain
cdm@msbtlaw.com

*Counsel for Intervenor-Defendant Western Energy Alliance*

Caroline Lobdell
clobdell@wrlegal.org
Candice M. McHugh
cmchugh@mchughbromley.com
Christopher Michael Bromley
cbromley@mchughbromley.com

*Counsel for Intervenor-Defendants National Cattlemen's Beef Association and Public Lands Council*

Erik Edward Petersen
erik.petersen@wyo.gov
James Kaste
James.kasted@wyo.gov
Paul A. Turcke
pat@msbtlaw.com

*Counsel for Intervenor-Defendant State of Wyoming*

Laurence M. Bogert
mbogert@parsonsbehle.com
William Gerry Myers III
wmyers@hollandhart.com

*Counsel for Amicus State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.*

David C. McDonald
dmcdonald@mslegal.org
John L. Runft
jrunft@runftsteele.com

*Counsel for Intervenor-Defendants Wyoming Stockgrowers Association and Petroleum Association of Wyoming*

Steven W. Strack
steve.strack@ag.idaho.gov
Erika E. Malmen
Emalmen@perkinscoie.com
Brian Wonderlich
Brian.wonderlich@gov.idaho.gov
Samuel J. Eaton
Sam.eaton@gov.idaho.gov

*Counsel for Intervenor-Defendants Idaho State Legislature, Idaho Governor Brad Little*

Andrew J. Pieper
andrew.pieper@stoel.com
Beth S. Ginsberg
bsginsberg@stoel.com
Kevin J. Beaton
kjbeaton@stoel.com
Jason T. Morgan
jason.morgan@stoel.com

*Counsel for Intervenors-Defendants Idaho Power Company and Pacificorp*

Matthew A Nykiel
Idaho Conservation League
PO Box 2308
Sandpoint, ID 83864
208-265-9565
mnykiel@idahoconservation.org

*Counsel for Amicus Idaho Conservation League*

/s/ Sarah K. Stellberg
ADVOCATES FOR THE WEST

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PHASE ONE SUMMARY JUDGMENT DEADLINES – 3