**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; et al., <br><br> Defendants-Appellants, <br> and <br><br> WESTERN ENERGY ALLIANCE; et al., <br><br> Intervenor-Defendants. | No. 19-36065 <br><br> D.C. No. 1:16-cv-00083-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; et al., <br><br> Defendants, <br> and <br><br> WESTERN ENERGY ALLIANCE, | Nos. 19-36067 <br><br> D.C. No. 1:16-cv-00083-BLW <br> District of Idaho, <br> Boise |

SL/Mediation

| | |
|---|---|
| Intervenor-Defendant-Appellant. | |
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al., <br><br> Plaintiffs-Appellees, <br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; et al., <br><br> Defendants, <br> and <br><br> WYOMING STOCK GROWERS ASSOCIATION; PETROLEUM ASSOCIATION OF WYOMING, <br><br> Intervenor-Defendants-Appellants. | No.   19-36068 <br><br> D.C. No. 1:16-cv-00083-BLW <br> District of Idaho, <br> Boise |
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al., <br><br> Plaintiffs-Appellees, <br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; et al., <br><br> Defendants, <br> and | No.   19-36069 <br><br> D.C. No. 1:16-cv-00083-BLW <br> District of Idaho, <br> Boise |

SL/Mediation 2

STATE OF WYOMING,

    Intervenor-Defendant-Appellant.

---

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al.,<br><br>    Plaintiffs-Appellees,<br>v.<br><br>DAVID BERNHARDT, Secretary of Interior; et al.,<br><br>    Defendants,<br> and<br><br>STATE OF IDAHO; et al.,<br><br>    Intervenor-Defendants-Appellants. | No. 19-36070<br><br>D.C. No. 1:16-cv-00083-BLW<br>District of Idaho,<br>Boise |
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al.,<br><br>    Plaintiffs-Appellees,<br>v.<br><br>DAVID BERNHARDT, Secretary of Interior; et al.,<br><br>    Defendants,<br> and | No. 19-36072<br><br>D.C. No. 1:16-cv-00083-BLW<br>District of Idaho,<br>Boise |

| | |
|---|---|
| NATIONAL CATTLEMEN'S BEEF ASSOCIATION; PUBLIC LANDS COUNCIL,<br><br>      Intervenor-Defendants-Appellants. | |
| WESTERN WATERSHEDS PROJECT, an Idaho non-profit organization; et al.,<br><br>      Plaintiffs-Appellees,<br> v.<br><br>DAVID BERNHARDT, Secretary of Interior; et al.,<br><br>      Defendants,<br> and<br><br>STATE OF UTAH; et al.,<br><br>      Intervenor-Defendants-Appellants. | No.   19-36073<br><br>D.C. No. 1:16-cv-00083-BLW<br>District of Idaho,<br>Boise |

Appellants' unopposed motion to dismiss these appeals (Docket Entry No. 18) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

The conference previously scheduled for April 3, 2020, is canceled.

SL/Mediation                                           4

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen Liacouras
Chief Circuit Mediator