BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

PRERAK SHAH
Acting Deputy Assistant Attorney General

LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
        clay.samford@usdoj.gov

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BERNHARDT, Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br><br> **DEFENDANTS' NOTICE OF FILING THE U.S. BUREAU OF LAND MANAGEMENT'S REVISED ADMINISTRATIVE RECORDS** |

Defendants' Notice of Filing of Revised Administrative Records

Defendants David Bernhardt, Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), *et al.* hereby provide notice of the filing of BLM's Revised Administrative Records for the actions challenged in Plaintiffs' First Supplemental Complaint: six 2019 Greater Sage-Grouse land use plan amendments; BLM's compensatory mitigation policy, IM 2019-018; and BLM's 2017 cancellation of its proposal to withdraw Sagebrush Focal Areas ("SFA") from mineral entry. The records are being updated to include the following categories of documents:

(1) documents relating to the decision to cancel the withdrawal of sagebrush focal areas from mineral entry, which are listed in the SFA index;

(2) certain individual documents requested by the Plaintiffs, which are now located in the Rangewide Index at 85211-85401; and

(3) public comment letters that previously were not bates numbered, which are now located in the Rangewide Index at 78719–78858.

Flash drives containing the revised administrative records were previously sent to the parties and are now being provided to the Court. The flash drives containing indices and PDF documents for each of the challenged actions, as well as a set of documents applicable to all of the challenged plan amendments, which are referred to as the "Rangewide" documents. Attached to this notice is the certification of the Revised Administrative Record.

As previously noted, the administrative record in this case also includes the administrative records for the 2015 Greater Sage-Grouse land use plan amendments, which were previously filed with the Court. *See* ECF No. 87.

Respectfully submitted this 16th day of January, 2020,

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501

Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

PRERAK SHAH
Acting Deputy Assistant Attorney General

LUTHER L. HAJEK
BARCLAY T. SAMFORD
U.S. Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
         clay.samford@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Counsel for Plaintiff Western Watersheds Project

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Cherese De'Dominiq McLean
cdm@msbtlaw.com

Brian G. Sheldon
brian@mslegal.org

Intervenor-Defendants Wyoming Stock Growers Ass'n and Petroleum Ass'n of Wyoming

David C. McDonald
dmcdonald@mslegal.org

John L. Runft
JRunft@runftsteele.com

Intervenor-Defendants Idaho Power Co. and Pacificorp

Andrew J. Pieper
andrew.pieper@stoel.com

Beth S. Ginsberg
bginsberg@stoel.com

Kevin J. Beaton
kjbeaton@stoel.com

Jason T. Morgan
jtmorgan@stoel.com

Intervenor-Defendant State of Wyoming

Elliot John Adler
elliott.adler@wyo.gov

James Kaste
james.kaste@wyo.gov

Intervenor-Defendants National Cattlemen's Beef Ass'n and Public Lands Council

Caroline Lobdell
clobdell@wrlegal.org

Candice M. McHugh
cmmchugh@mchughbromley.com

Christopher M. Bromley
cbromley@mchughbromley.com

Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.

Laurence M. Bogert
mbogert@parsonsbehle.com

Robert H. Hughes
rhughes@parsonsbehle.com

William Gerry Myers III
wmyers@hollandhart.com

Intervenor Defendant State of Idaho

Steven W. Strack
steve.strack@ag.idaho.gov

Intervernor-Defendant Governor Brad Little

Brian C. Wonderlich

brian.wonderlich@gov.idaho.gov

Samuel J. Eaton
sam.eaton@gov.idaho.gov

Intervenor-Defendant Idaho State Legislature

Erika E. Malmen
emalmen@perkinscoie.com

Amicus Idaho Conservation League

Matthew A. Nykiel
mnykiel@idahoconservation.org

                                              */s/ Luther L. Hajek*
                                              Luther L. Hajek