BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BERNHARDT, Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:16-cv-00083-BLW <br><br> **DEFENDANTS' NOTICE OF THE ISSUANCE OF NEW DECISIONS REGARDING THE 2019 GREATER SAGE GROUSE LAND USE PLAN AMENDMENTS** |

Defendants David Bernhardt, Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), *et al.* hereby provide notice of the completion of the supplemental National Environmental Policy Act ("NEPA") process and issuance of new decisions regarding the 2019 Greater Sage Grouse Plan Amendments. On October 16, 2019, this Court issued a preliminary injunction regarding those plan amendments. On February 21, 2020, in response to that order, BLM published six draft Supplemental Environmental Impact Statements ("SEISs") to supplement and clarify the NEPA analysis BLM relied on in approving its 2019 Sage Grouse Plan Amendments. *See*, *e.g.*, Notice of Availability of the Idaho Draft Supplemental Environmental Impact Statement for Greater Sage-Grouse Conservation, 80 Fed. Reg. 10,185 (Feb. 21, 2020). BLM issued final SEISs on November 20, 2020. On January 11, 2021, BLM published six records of decision completing the supplemental NEPA processes. *See* https://eplanning.blm.gov/eplanning-ui/project/90121/510. The records of decision explain the purpose of conducting the supplemental NEPA analyses for the 2019 Greater Sage Grouse Land Use Plans and conclude that additional land use planning is not necessary at this time.

In light of these developments, Defendants will confer with the parties regarding further proceedings in this case.

Respectfully submitted this 13th day of January, 2021,

> BART M. DAVIS, Idaho Bar No. 2696
> United States Attorney
>
> CHRISTINE G. ENGLAND, California Bar No. 261501
> Assistant United States Attorney
> District of Idaho
> 1291 West Myrtle Street, Suite 500
> Boise, ID 83702
> Tel: (208) 334-1211; Fax: (208) 334-1414
> Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2021, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Counsel for Plaintiff Western Watersheds Project

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Cherese De'Dominiq McLean
cdm@msbtlaw.com

Brian G. Sheldon
brian@mslegal.org

Intervenor-Defendants Wyoming Stock Growers Ass'n and Petroleum Ass'n of Wyoming

David C. McDonald
dmcdonald@mslegal.org

John L. Runft
JRunft@runftsteele.com

Intervenor-Defendants Idaho Power Co. and Pacificorp

Andrew J. Pieper
andrew.pieper@stoel.com

Beth S. Ginsberg
bginsberg@stoel.com

Kevin J. Beaton
kjbeaton@stoel.com

Jason T. Morgan
jtmorgan@stoel.com

Intervenor-Defendant State of Wyoming

Elliot John Adler
elliott.adler@wyo.gov

James Kaste
james.kaste@wyo.gov

Intervenor-Defendants National Cattlemen's Beef Ass'n and Public Lands Council

Caroline Lobdell
clobdell@wrlegal.org

Candice M. McHugh
cmmchugh@mchughbromley.com

Christopher M. Bromley
cbromley@mchughbromley.com

Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.

Laurence M. Bogert
mbogert@parsonsbehle.com

Robert H. Hughes
rhughes@parsonsbehle.com

William Gerry Myers III
wmyers@hollandhart.com

Intervenor Defendant State of Idaho

Steven W. Strack
steve.strack@ag.idaho.gov

Intervernor-Defendant Governor Brad Little

Brian C. Wonderlich

brian.wonderlich@gov.idaho.gov

Samuel J. Eaton
sam.eaton@gov.idaho.gov

Intervenor-Defendant Idaho State Legislature

Erika E. Malmen
emalmen@perkinscoie.com

Amicus Idaho Conservation League

Matthew A. Nykiel
mnykiel@idahoconservation.org

                                                  */s/ Luther L. Hajek*
                                                  Luther L. Hajek