BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 1:16-cv-00083-BLW

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A STATUS REPORT AND TO CONTINUE THE JANUARY 29, 2021 STATUS CONFERENCE**

Defendants' Unopposed Motion to Extend the Deadline to File a Status Report and to Continue the January 29, 2021 Status Conference

Pursuant to Fed. R. Civ. P. 6(b) and L.R. Civ. 6.1(a), Defendants respectfully request an extension of time to file a status report, which is due on January 27, 2021, and to continue the status conference scheduled for January 29, 2021.  The Court recently ordered the parties to submit status reports regarding the impact of the new records of decision issued by the U.S. Bureau of Land Management on the pending motions for partial summary judgment and set a status conference to discuss the same issue.  *See* January 20, 2021 Docket Entry Order, ECF No. 255.  Defendants request that the deadline to submit the status report be extended by two weeks and that the status conference be continued by the same length of time.  Defendants request this extension to accommodate supervisory review by incoming officials within the Department of Justice and the Department of the Interior.  Defendants' counsel has conferred with counsel for the parties, and no party opposes this request.

Accordingly, Defendants request that the deadline to submit status reports be extended until February 3, 2021, and that the status conference be continued until February 5, 2021.

Respectfully submitted this 25th day of January, 2021,

>BART M. DAVIS, Idaho Bar No. 2696
>United States Attorney
>
>CHRISTINE G. ENGLAND, California Bar No. 261501
>Assistant United States Attorney
>District of Idaho
>1291 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (208) 334-1211; Fax: (208) 334-1414
>Email: Christine.England@usdoj.gov
>
>JEAN E. WILLIAMS
>Deputy Assistant Attorney General
>
>LUTHER L. HAJEK
>U.S. Department of Justice

Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2021, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Counsel for Plaintiff Western Watersheds Project

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Cherese De'Dominiq McLean
cdm@msbtlaw.com

Brian G. Sheldon
brian@mslegal.org

Intervenor-Defendants Wyoming Stock Growers Ass'n and Petroleum Ass'n of Wyoming

David C. McDonald
dmcdonald@mslegal.org

John L. Runft
JRunft@runftsteele.com

Intervenor-Defendants Idaho Power Co. and Pacificorp

Andrew J. Pieper
andrew.pieper@stoel.com

Beth S. Ginsberg
bginsberg@stoel.com

Defendants' Unopposed Motion to Extend the Deadline to File a Status Report
and to Continue the January 29, 2021 Status Conference          3

Kevin J. Beaton
kjbeaton@stoel.com

Jason T. Morgan
jtmorgan@stoel.com

Intervenor-Defendant State of Wyoming

Elliot John Adler
elliott.adler@wyo.gov

James Kaste
james.kaste@wyo.gov

Intervenor-Defendants National Cattlemen's Beef Ass'n and Public Lands Council

Caroline Lobdell
clobdell@wrlegal.org

Candice M. McHugh
cmmchugh@mchughbromley.com

Christopher M. Bromley
cbromley@mchughbromley.com

Intervenor-Defendants State of Utah, Governor Gary R. Herbert, and School and Inst. Trust Lands Admin.

Laurence M. Bogert
mbogert@parsonsbehle.com

Robert H. Hughes
rhughes@parsonsbehle.com

William Gerry Myers III
wmyers@hollandhart.com

Intervenor Defendant State of Idaho

Steven W. Strack
steve.strack@ag.idaho.gov

Intervernor-Defendant Governor Brad Little

Brian C. Wonderlich

Defendants' Unopposed Motion to Extend the Deadline to File a Status Report
and to Continue the January 29, 2021 Status Conference                                  4

brian.wonderlich@gov.idaho.gov

Samuel J. Eaton
sam.eaton@gov.idaho.gov

Intervenor-Defendant Idaho State Legislature

Erika E. Malmen
emalmen@perkinscoie.com

Amicus Idaho Conservation League

Matthew A. Nykiel
mnykiel@idahoconservation.org

*/s/ Luther L. Hajek*
Luther L. Hajek
