IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, et al. | ) ) ) | Case No. 1:16-cv-00083-BLW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER REGARDING DEFENDANTS' UNOPPOSED** |
| v. | ) ) | **MOTION TO EXTEND THE DEADLINE TO FILE A STATUS** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | **REPORT AND TO CONTINUE THE JANUARY 29, 2021 STATUS CONCERENCE** |
| Defendants. | ) ) | |

Upon consideration of Defendants' Unopposed Motion to Extend the Deadline to File a Status Report and to Continue the January 29, 2021 Status Conference, and finding that good cause exists, the motion is hereby GRANTED. The parties' status reports regarding the issue identified in the Court's January 20, 2021 Order, ECF No. 255, shall be filed by February 3, 2021, and the status conference is rescheduled for February 5, 2021.

IT IS SO ORDERED.

1