Alison Hunter (ISB # 8997)
Laura Granier (*Pro hac vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
(208) 342-5000
achunter@hollandhart.com
lkgranier@hollandhart.com

*Counsel for Proposed Intervenor-Defendants
Elko, Eureka, and Humboldt Counties*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY, | Case No. 1:16-cv-83-BLW |
| Plaintiffs, | **MOTION TO INTERVENE IN PHASE TWO** |
| vs. | |
| DAVID BERNHARDT, Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE, et al. | |
| Defendants. | |

Elko, Eureka, and Humboldt Counties (collectively, "the Counties") hereby respectfully move for leave to intervene as a matter of right as defendants in Phase Two of the above-captioned action pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure. Alternatively, the Counties moves to intervene permissively pursuant to Rule 24(b)(1)(B) and (b)(2).

In support of its motion, the Counties submit their defenses, a memorandum in support of this motion, the Declarations of Julian J. Goicoechea, Curtis Moore, and James French filed herewith, together with all other matters of record. The Counties would abide by any conditions imposed by the Court on existing Intervenors for Phase Two of the litigation.

Counsel of record in this proceeding were consulted regarding this motion. Counsel for Plaintiffs represented that they reserve their position on the motion pending review of the filings. Counsel for Federal Defendants take no position on the motion. Counsel for the State of Utah Intervenor-Defendants represented they do not oppose the motion. Counsel for Intervenor-Defendants the Western Energy Alliance and the National Cattlemen's Beef Association also represented that it does not oppose the motion. Counsel for Federal Defendants and Counsel Intervenor-Defendants the State of Wyoming, the State of Idaho, Petroleum Association of Wyoming, Wyoming Stock Growers Association, Public Lands Council, and Idaho Power and Pacificorp did not respond.

WHEREFORE, the Counties respectfully ask this Court to issue an Order granting this Motion to Intervene as defendants in Phase Two of this matter.

MOTION TO INTERVENE IN PHASE TWO - 1

Respectfully submitted this 1st day of March 2021.

                                            HOLLAND & HART LLP

                                            By: /s/ Alison C. Hunter

*Counsel for Proposed Intervenor-Defendants Elko, Eureka, and Humboldt Counties*

## Certificate of Service

  I HEREBY CERTIFY that on the 1st day of March, 2021, I filed the foregoing electronically through the CM/ECF system, which sent a Notice of Electronic filing to the parties of record.

              /s/ Alison C. Hunter
              for HOLLAND & HART LLP