Caroline Lobdell, Ore. Bar #021236 (*pro hac vice*)
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119 #327
Portland, OR 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

Chris M. Bromley, ISB 6530
Candice M. McHugh, ISB 5908
McHugh Bromley, PLLC
380 S. 4th Street, Suite 103
Boise, ID 83702
Telephone: (208) 287-0991
Fax: (208) 287-0864
cbromley@mchughbromley.com
cmchugh@mchughbromley.com

Counsel for Defendant-Intervenors

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS, CENTER FOR BIOLOGICAL DIVERSITY, and PRAIRIE HILLS AUDUBON SOCIETY,<br><br>　　Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, Acting Secretary of Interior; JOSEPH R. BALASH, Assistant Secretary of Interior; BUREAU OF LAND MANAGEMENT; and U.S. FOREST SERVICE,<br><br>　　Defendants. | Case No. 1:16-cv-00083-BLW<br><br>**LIVESTOCK ASSOCIATIONS' RESPONSE TO [282] DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's Order dated March 10, 2021, ECF No. 277, Defendants U.S. Department of the Interior *et al.* submitted a status report to the Court regarding the status of the defendants' re-evaluation of sage grouse policy and proposed next steps in this litigation. ECF No. 282 (May 10, 2021). The Court asked for responses to that status report by May 24, 2021. ECF No. 277.

In 2019, the Court enjoined BLM "from implementing the 2019 BLM Sage-Grouse Plan Amendments for Idaho, Wyoming, Colorado, Utah, Nevada/Northeastern California, and Oregon, until such time as the Court can adjudicate the claims on the merits. The 2015 Plans remain in effect during this time." ECF No. 189, at 28. Subsequently, BLM initiated a supplemental NEPA process in order to remedy the legal deficiencies identified by the Court in its Order. Defendants' Status Report at 3, ECF No. 282.

In November 2020, BLM published the final supplemental environmental impact statements. *E.g.*, 2020 Greater-Sage Grouse Supplemental Final Environmental Impact Statement for Idaho (Nov. 20, 2020) ("2020 Idaho SFEIS"). BLM stated in the SFEIS:

> The BLM has prepared this FSEIS to review its previous NEPA analysis, clarify and augment it where necessary, and provide the public with additional opportunities to review and comment. The BLM's FSEIS will help the BLM determine whether its 2015 and 2019 land use planning and NEPA processes have sufficiently addressed Greater Sage-Grouse habitat conservation or whether the BLM should initiate a new land use planning process to consider additional alternatives or new information. To inform this decision that the BLM will make, it has prepared this FSEIS to address four specific issues: the range of alternatives, need to take a hard look at environmental impacts, cumulative effects analysis, and the BLM's approach to compensatory mitigation.

2020 Idaho SFEIS, Executive Summary, at ES-4. Thereafter, BLM signed a "Record of Decision for the Greater Sage Grouse Supplemental Final Environmental Impact Statement for Idaho" dated December 30, 2020, stating that "[t]he 2019 Idaho Greater Sage-Grouse ARMPA is hereby reaffirmed."

Out of an abundance of caution, Defendant-Intervenors Public Lands Council and National Cattlemen's Beef Association (PLC and NCBA) would like to take this opportunity to respectfully remind the Court that they have asserted crossclaims in this litigation. ECF Nos. 49-1, 142.[1] Defendant-Intervenors wish to preserve those crossclaims and avoid any appearance of sitting on their rights. However, at this time, there is a certain level of uncertainty about when those crossclaims should be addressed given the Court's preliminary injunction Order and the recent 2020 ROD and SFEISs.

At this juncture and/or when appropriate, Defendant-Intervenors will look for guidance from the Court on how to most efficiently raise these claims within the scope and context of the litigation.

DATED: May 24, 2021

Respectfully submitted,

/s/ Caroline Lobdell
Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Western Resources Legal Center
9220 SW Barbur Boulevard, Suite 119 #327
Portland, Oregon 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

/s/ Chris Bromley
Chris M. Bromley, ISB 6530
/s/ Candice McHugh
Candice M. McHugh, ISB 5908
McHugh Bromley, PLLC
380 S. 4th Street, Suite 103
Boise, ID 83702
Telephone: (208) 287-0991
Fax: (208) 287-0864
cbromley@mchughbromley.com
cmchugh@mchughbromley.com

Counsel for Defendant-Intervenors

---

[1] To counsel's knowledge and belief, at this time Defendant-Intervenors PLC and NCBA are the only Defendant-Intervenors in the litigation who have pending crossclaims.

Page 2 – Livestock Associations' Resp. to [282] Defs.' Status Report

CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of May, 2021, I filed the foregoing **LIVESTOCK ASSOCIATIONS' RESPONSE TO [282] DEFENDANTS' STATUS REPORT** electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Caroline Lobdell</u>
Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Western Resources Legal Center
9220 SW Barbur Boulevard, Suite 119 #327
Portland, Oregon 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org

Counsel for Defendant-Intervenors