RAFAEL M. GONZALEZ, JR.
Acting United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM
Assistant Attorney General
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF THE INTERIOR, *et al.*, ) ) ) Defendants. ) ) | Case No. 1:16-cv-00083-BLW  **DEFENDANTS' STATUS REPORT** |

Defendants U.S. Department of the Interior *et al.* hereby submit this status report pursuant to the Court's May 24, 2021 Order, ECF No. 283.

The background of this case is explained in Defendants' May 10, 2021 Status Report, ECF No. 282, and Defendants provided further updates in their subsequent status reports. *See* ECF Nos. 285, 286, 290, 293, 294 & 298. The current status of the U.S. Bureau of Land Management's ("BLM") and the U.S. Forest Service's ("Forest Service") evaluation of Sage Grouse policy is discussed below.

BLM is currently evaluating three separate aspects of Sage Grouse policy. First, BLM is evaluating how to proceed with a further process for evaluating a proposed withdrawal of lands from location and entry under the United States mining laws in response to the Court's order granting partial summary judgment to Plaintiffs on that claim and remanding the action back to the Department of the Interior. *See* Feb. 11, 2021 Mem. Decision and Order, ECF No. 264. BLM published a notice in the Federal Register announcing that the Secretary of the Interior is re-initiating a new National Environmental Policy Act ("NEPA") process to evaluate a proposal to withdraw approximately 10 million acres of land from location and entry under the mining laws in order to conserve Sage Grouse habitat. *See* 86 Fed. Reg. 44,742 (Aug. 13, 2021). The next step in the process will be the circulation of a draft environmental impact statement.

Second, BLM is evaluating existing policy regarding compensatory mitigation, which is challenged in Plaintiffs' Sixth Claim. *See* First Supp. Compl. ¶¶ 188-93. That claim is directed towards policies initiated during the prior administration and set forth in certain Secretary's orders and guidance documents, including Secretary's Order ("SO") Nos. 3349 and 3360, Solicitor's Office M-Opinion M-37046 and Instruction Memorandum ("IM") 2019-018. *Id.* ¶ 189. Following her confirmation, Secretary of the Interior Debra Haaland issued Secretary's

Order No. 3398 (Apr. 16, 2021), available at: https://www.doi.gov.  That order rescinds SO Nos. 3349 and 3360.  *Id.* § 4.  SO 3398 also directs Department of the Interior staff to "review and revise as necessary all policies and instructions that implemented" the SOs revoked by the order.  *Id.* § 5.  On July 12, 2021, BLM issued IM 2021-038, which rescinded IM 2019-018.  *See* ECF No. 286-1.  On April 15, 2022, the Solicitor of the U.S. Department of the Interior issued M-Opinion M-37075 withdrawing M-37046 and reinstating M-37039 regarding compensatory mitigation.  *See* Ex. 1.

Third, BLM is evaluating the Greater Sage Grouse Resource Management Plan Amendments issued in 2019 (the "2019 Plans"), which were enjoined by the Court, *see* Oct. 16, 2019 Mem. Decision and Order, ECF No. 189, as well as the six Supplemental Environmental Impact Statements and records of decision issued at the end of 2020 and the beginning of 2021, respectively.  On November 22, 2021, the U.S. Bureau of Land Management's Notice of Intent to Amend Land Use Plans Regarding Greater Sage-Grouse Conservation and Prepare Associated Environmental Impact Statements was published in the Federal Register.  *See* 86 Fed. Reg. 66,331 (Nov. 22, 2021).  This new planning process will address inclusion of any new information and revisit the deficiencies previously identified by the Court.  Virtual public scoping meetings took place on January 11 and January 24, 2022, and the scoping period closed on February 7, 2022.  BLM continues to review comments received and will publish a Scoping Report soon.

The Forest Service also is evaluating Sage Grouse policy.  The Forest Service continues to work on a planning process that was initiated in 2017.  The Forest Service issued a Final EIS and draft records of decision for Proposed Land Management Plan Amendments for pre-decisional objections on July 31, 2019.  *See*   https://www.govinfo.gov/content/pkg/FR-2019-07-

31/pdf/2019-16283.pdf.  Under Forest Service regulations, the Final EISs and draft records of decision were subject to a pre-decisional objection process.  *See* 36 C.F.R. 219 subpart B.  The period for filing objections closed on October 1, 2019, and the Forest Service sent responses to the objections on August 31, 2020.  It is uncertain when the Forest Service will issue decisions.

In light of the foregoing, Defendants request that these proceedings continue to be put on hold for an additional sixty days, at which point Defendants will provide a further update regarding the agencies' respective policies and planning processes with respect to Sage Grouse conservation.  The agencies may take actions, or initiate planning, that would obviate the need to proceed to the merits of the claims regarding compensatory mitigation policy and the 2019 Plans.  Allowing the agencies this additional time would preserve the parties' and the Court's resources by avoiding potentially unnecessary litigation.  Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  *See Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

Respectfully submitted this 9th day of May, 2022,

RAFAEL M. GONZALEZ, JR.
Acting United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM

Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*