JOSHUA D. HURWIT
United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM
Assistant Attorney General
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 1:16-cv-00083-BLW |
| Plaintiffs, | |
| v. | **DEFENDANTS' STATUS REPORT** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Defendants' Status Report

Defendants U.S. Department of the Interior *et al.* hereby submit this status report pursuant to the Court's May 24, 2021, Order, ECF No. 283.

The background of this case is explained in Defendants' May 10, 2021, Status Report, ECF No. 282, and Defendants provided further updates in their subsequent status reports. *See* ECF Nos. 285, 286, 290, 293, 294, 298, 299, 302 & 303. The status of the U.S. Bureau of Land Management's ("BLM") and the U.S. Forest Service's ("Forest Service") evaluation of Sage Grouse policy is discussed below.

BLM is engaged in two separate environmental reviews relating to Sage Grouse policy. First, BLM is evaluating a proposed withdrawal of lands from location and entry under the United States mining laws in response to the Court's order granting partial summary judgment to Plaintiffs on that claim and remanding the action to the Department of the Interior. *See* Feb. 11, 2021, Mem. Decision and Order, ECF No. 264. BLM published a notice in the Federal Register announcing that the Secretary of the Interior is re-initiating a new National Environmental Policy Act ("NEPA") process to evaluate a proposal to withdraw approximately 10 million acres of land from location and entry under the mining laws to conserve Sage Grouse habitat. *See* 86 Fed. Reg. 44,742 (Aug. 13, 2021). As a preliminary step, BLM has reviewed and provided comments on a draft mineral potential report prepared by the U.S. Geological Survey that will inform this effort. The next step in the process will be the circulation of a draft environmental impact statement. The BLM anticipates issuing a draft environmental impact statement around July 2023.

Second, BLM is evaluating the Greater Sage Grouse Resource Management Plan Amendments issued in 2019 (the "2019 Plans"), which were enjoined by the Court, *see* Oct. 16, 2019, Mem. Decision and Order, ECF No. 189, as well as the six Supplemental Environmental

Impact Statements and records of decision issued at the end of 2020 and the beginning of 2021, respectively.  On November 22, 2021, the U.S. Bureau of Land Management's Notice of Intent to Amend Land Use Plans Regarding Greater Sage-Grouse Conservation and Prepare Associated Environmental Impact Statements was published in the Federal Register.  *See* 86 Fed. Reg. 66,331 (Nov. 22, 2021).  This new planning process will address inclusion of any new information and revisit the deficiencies previously identified by the Court.  Virtual public scoping meetings took place on January 11 and January 24, 2022, and the scoping period closed on February 7, 2022.  BLM completed its review of the comments and published a Scoping Report summarizing the comments and identifying planning issues on July 22, 2022.  *See* https://eplanning.blm.gov/public_projects/2016719/200502020/20062491/250068673/20220627_GRSGScopingReport_Final_508.pdf.  The BLM expects to issue a draft plan amendment and associated draft environmental impact statement around July 2023.

      The Forest Service also is evaluating Sage Grouse policy.  The Forest Service continues to work on a planning process that was initiated in 2017.  The Forest Service issued a Final EIS and draft records of decision for Proposed Land Management Plan Amendments for pre-decisional objections on July 31, 2019.  *See* https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf.  Under Forest Service regulations, the Final EISs and draft records of decision were subject to a pre-decisional objection process.  *See* 36 C.F.R. 219 subpart B.  The period for filing objections closed on October 1, 2019, and the Forest Service sent responses to the objections on August 31, 2020.  It is uncertain when the Forest Service will issue decisions.

      In light of the foregoing, Defendants request that these proceedings continue to be put on hold for an additional sixty days, at which point Defendants will provide an update regarding the agencies' respective policies and planning processes with respect to Sage Grouse conservation.

The agencies may take actions, or initiate planning, that would obviate the need to proceed to the merits of the claims regarding compensatory mitigation policy and the 2019 Plans.  Allowing the agencies this additional time would preserve the parties' and the Court's resources by avoiding potentially unnecessary litigation.  Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  *See Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

    Respectfully submitted this 7th day of November, 2022,

        JOSHUA D. HURWITT
        United States Attorney
        CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
        Assistant United States Attorney
        District of Idaho
        1290 West Myrtle Street, Suite 500
        Boise, ID  83702
        Tel: (208) 334-1211; Fax: (208) 334-9375
        Email: Christine.England@usdoj.gov

        TODD KIM
        Assistant Attorney General

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK, CO Bar No. 44303
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1376; Fax: (303) 844-1350
        E-mail: luke.hajek@usdoj.gov

        *Attorneys for Defendants*