JUSTIN WHATCOTT, Idaho State Bar No. 6444
Acting United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
         emma.hamilton@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*, )<br><br>Defendants. ) | Case No. 1:16-cv-00083-BLW<br><br><br>**DEFENDANTS' STATUS REPORT** |

Defendants' Status Report

Defendants U.S. Department of the Interior *et al.* hereby submit this status report pursuant to the Court's May 24, 2021, Order, DKT. No. 283.

The background of this case is explained in Defendants' May 10, 2021, Status Report, DKT. No. 282, and Defendants provided further updates in their subsequent status reports. *See* DKT. Nos. 285, 286, 290, 293, 294, 298, 299, 302, 303, 308, 309, 310, 313, 320, 322, 323, 327, 329, 330, 331, 332, 333, 334, 335, 336, 337, 339, and 344. The status of the U.S. Bureau of Land Management's ("BLM") and the U.S. Forest Service's ("Forest Service") evaluation of Sage Grouse policy is discussed below.

BLM is engaged in two separate environmental reviews relating to Sage Grouse policy. First, BLM is evaluating a proposed withdrawal of lands from location and entry under the United States mining laws in response to the Court's order granting partial summary judgment to Plaintiffs on that claim and remanding the action to the Department of the Interior. *See* Feb. 11, 2021, Mem. Decision and Order, DKT. No. 264. BLM published a notice in the Federal Register announcing that the Secretary of the Interior is re-initiating a new National Environmental Policy Act ("NEPA") process to evaluate a proposal to withdraw approximately 10 million acres of land from location and entry under the mining laws to conserve Sage Grouse habitat. *See* 86 Fed. Reg. 44,742 (Aug. 13, 2021). As a preliminary step, BLM has worked with the U.S. Geological Survey to update the mineral potential report that will inform this effort. The BLM anticipates issuing an environmental impact statement sometime in 2026.

Second, BLM engaged in a process to evaluate the Greater Sage Grouse Resource Management Plan Amendments issued in 2019 (the "2019 Plans"), and BLM has now completed that process. The Court enjoined the 2019 Plans in October 2019. *See* Oct. 16, 2019, Mem. Decision and Order, Dkt. No. 189. On November 22, 2021, the U.S. Bureau of Land

Defendants' Status Report                                                                 1

Management's Notice of Intent to Amend Land Use Plans Regarding Greater Sage-Grouse Conservation and Prepare Associated Environmental Impact Statements was published in the Federal Register.  *See* 86 Fed. Reg. 66,331 (Nov. 22, 2021).  Virtual public scoping meetings took place on January 11 and January 24, 2022, and the scoping period closed on February 7, 2022.  BLM completed its review of the comments and published a Scoping Report summarizing the comments and identifying planning issues on July 22, 2022.  BLM published a draft plan amendment and associated draft environmental impact statement on March 15, 2024.  The public comment period closed on June 13, 2024.  On November 8, 2024, BLM issued the Proposed Resource Management Plan Amendment (PRMPA) / Final Environmental Impact Statement (FEIS), which initiated a 60-day governors' consistency review.  On November 15, 2024, a notice was published in the Federal Register announcing the issuance of the PRMPA/FEIS, which triggered a 30-day protest period.  *See* 89 Fed. Reg. 90,311 (Nov. 15, 2024).  On January 15, 2025, BLM announced the issuance of Records of Decisions for the Approved RMP Amendments for Greater Sage-grouse Rangewide Planning in Oregon and Colorado.[1]

After the transition to the Trump administration, BLM reviewed those decisions pursuant to Secretary's Order No. 3418, "Unleashing American Energy" (Feb. 3, 2025).  The planning process for public lands in other states covered by the Proposed Resource Management Plan Amendments is ongoing.  On September 3, 2025, BLM published a notice of significant change in the Federal Register, which initiated a 30-day public comment period on changes to the Proposed Resource Management Plan Amendment previously released in November 2024. *See* 90 Fed. Reg. 42,607 (September 3, 2025).  After considering comments on those changes, on

---

[1] *See* https://eplanning.blm.gov/eplanning-ui/project/2016719/510 (last visited Jan. 28, 2026).

December 22, 2025, issued new records of decisions approving Sage Grouse plan amendments for Idaho, Montana/Dakotas, Nevada/California, Utah and Wyoming.[2]

Finally, the Forest Service continues to work on a planning process that was initiated in 2017. The Forest Service issued a Final EIS and draft records of decision for Proposed Land Management Plan Amendments for pre-decisional objections on July 31, 2019.[3] Under Forest Service regulations, the Final EISs and draft records of decision were subject to a pre-decisional objection process. *See* 36 C.F.R. 219 subpart B. The period for filing objections closed on October 1, 2019, and the Forest Service sent responses to the objections on August 31, 2020. The Forest Service has not completed its planning process.

In light of the foregoing, Defendants intend to confer with the parties regarding further proceedings in this case.

Respectfully submitted this 30th day of January 2026,

<div style="margin-left:40%">

JUSTIN WHATCOTT, Idaho State Bar No. 6444
Acting United States Attorney
CHRISTINE G. ENGLAND, Idaho Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice

</div>

---

[2] *See* https://eplanning.blm.gov/Documents/?id=d8b882cc-a7f2-f011-8406-001dd8008d46&spid=a26c137d-a8f2-f011-8407-001dd80c29f3 (last visited Jan. 27, 2026).

[3] *See* https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf (last visited Jan. 27, 2026).

Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
           emma.hamilton@usdoj.gov

*Attorneys for Defendants*