5-06
Form  Pro Ilac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| \Vestem \Vatersheds Project, et al. | ) ) ) | Case No.   l:16-cv-00083-BLW |
| U.S. Department of the Interior, et al. | ) ) ) ) ) | APPLICATION FOR ADMISSION PRO HACVICE |
| | | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Ivan  London
_____, hereby applies for admission pro hac vice to appear and participate

in this case on  behalf of  Wyoming Stock Growers Association   and Petroleum Association of Wyoming

The applicant hereby attests as follows:

1.  Applicant resides in Colorado                                          ,    and practices at the following

address and phone number  Mountain States Legal Foundation at 2596 S. Lewis Way, Lakewood, CO 80227 303-292-2021

2.  Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Colorado Supreme Court | May 2012 |
| Oklahoma Supreme Court | September 2008 |
| State of Alaska | March 2020 |

3.  Applicant is in good standing and eligible to practice in said courts.

4.  Applicant is not currently suspended or disbarred in any other courts.

5.  John L  Runft                                          . a member in good standing of the bar of this court, of the firm of

Runft_Dindinger,_PLLC                                          .. practices at the following office address and phone  number:

1161 W River Street, Suite 100 Boise, Idaho  83702

(208) 616-5459

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents

to this designation by signing this application.

Dated this  28th     day of  Febmary          2026

ls/Ivan London                                          /s/ John Runft
Applicant                                                 Designee

Signed under penalty of perjury.