BART M. DAVIS, Idaho State Bar No. 2696
United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID  83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
      emma.hamilton@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | ) ) ) | Case No. 1:16-cv-00083-BLW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **DEFENDANTS' STATUS REPORT** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Defendants' Status Report

Defendants U.S. Department of the Interior *et al.* hereby submit this status report pursuant to the Court's May 24, 2021, Order, Dkt. No. 283.

The background of this case is explained in Defendants' May 10, 2021, Status Report, Dkt. No. 282, and Defendants provided further updates in their subsequent status reports. *See* Dkt. Nos. 285, 286, 290, 293, 294, 298, 299, 302, 303, 308, 309, 310, 313, 320, 322, 323, 327, 329, 330, 331, 332, 333, 334, 335, 336, 337, 339, 344, and 346. The status of the U.S. Bureau of Land Management's ("BLM") and the U.S. Forest Service's ("Forest Service") evaluation of Sage Grouse policy is discussed below.

BLM has been engaged in two separate environmental reviews relating to Sage Grouse policy. First, BLM is evaluating a proposed withdrawal of lands from location and entry under the United States mining laws in response to the Court's order granting partial summary judgment to Plaintiffs on that claim and remanding the action to the Department of the Interior. *See* Feb. 11, 2021, Mem. Decision and Order, Dkt. No. 264. BLM published a notice in the Federal Register announcing that the Secretary of the Interior is re-initiating a new National Environmental Policy Act ("NEPA") process to evaluate a proposal to withdraw approximately 10 million acres of land from location and entry under the mining laws to conserve Sage Grouse habitat. *See* 86 Fed. Reg. 44,742 (Aug. 13, 2021). As a preliminary step, BLM has worked with the U.S. Geological Survey to update the mineral potential report that will inform this effort. The BLM anticipates issuing an environmental impact statement sometime in 2026.

Second, BLM engaged in a process to evaluate the Greater Sage Grouse Resource Management Plan Amendments issued in 2019 (the "2019 Plans"). The Court preliminarily enjoined the 2019 Plans in October 2019 "until such time as the Court can adjudicate the claims on the merits." Oct. 16, 2019 Mem. Decision and Order at 29, Dkt. No. 189. During the period

Defendants' Status Report                                                    1

of the injunction, the Court ordered that the "2015 Plans remain in effect." *Id.* On January 15, 2025, BLM announced the issuance of Records of Decisions for the Approved RMP Amendments for Greater Sage-grouse Rangewide Planning in Oregon and Colorado.[1] And on December 22, 2025, BLM issued new records of decisions approving Sage Grouse plan amendments for Idaho, Montana/Dakotas, Nevada/California, Utah and Wyoming.[2] Based on BLM's completion of the 2025 planning process, Defendants moved to dissolve the injunction of the 2019 Plans. *See* Defs.' Mot. to Dissolve Preliminary Injunction, Dkt. No. 348. Briefing of the motion is not yet complete.

Finally, the Forest Service continues to work on a planning process that was initiated in 2017. The Forest Service issued a Final EIS and draft records of decision for Proposed Land Management Plan Amendments for pre-decisional objections, pursuant to 36 C.F.R. § 219 subpart B, on July 31, 2019.[3] The Forest Service responded to the objections it received on August 31, 2020. It is uncertain when the Forest Service will issue decisions.

Respectfully submitted this 1st day of April 2026,

> BART M. DAVIS, Idaho State Bar No. 2696
> Acting United States Attorney
> CHRISTINE G. ENGLAND, Idaho Bar No. 11390
> Assistant United States Attorney
> District of Idaho
> 1290 West Myrtle Street, Suite 500
> Boise, ID  83702
> Tel: (208) 334-1211; Fax: (208) 334-9375
> Email: Christine.England@usdoj.gov
>
> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General

---

[1] *See* https://eplanning.blm.gov/eplanning-ui/project/2016719/510 (last visited Jan. 28, 2026).
[2] *See* https://eplanning.blm.gov/Documents/?id=d8b882cc-a7f2-f011-8406-001dd8008d46&spid=a26c137d-a8f2-f011-8407-001dd80c29f3 (last visited Jan. 27, 2026).

[3] *See* https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf (last visited Jan. 27, 2026).

Defendants' Status Report                                                                 2

/s/ Luther L. Hajek
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
emma.hamilton@usdoj.gov

*Attorneys for Defendants*

Defendants' Status Report    3