BART M. DAVIS, Idaho State Bar No. 2696
United States Attorney
CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
emma.hamilton@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-83-BLW<br><br>**DEFENDANTS' STATUS REPORT** |

Defendants U.S. Department of the Interior *et al.* hereby submit this status report in accordance with the Court's September 18, 2026 Order, Dkt. No. 380. In that order, the Court granted Defendants' motion to dissolve the preliminary injunction regarding the U.S. Bureau of Land Management's ("BLM") Sage Grouse Resource Management Plan Amendments issued in 2019. *Id.* The Court also ordered Defendants to continue to submit status reports every sixty days on matters that remain pending. *Id.* Defendants' last status report was submitted on August 3, 2026, Dkt. No. 376.

There are a few matters that remain pending. First, BLM is evaluating a proposed withdrawal of lands from location and entry under the United States mining laws in response to the Court's order granting partial summary judgment to Plaintiffs on their Fifth Claim and remanding the action to the Department of the Interior. *See* Feb. 11, 2021, Mem. Decision and Order, Dkt. No. 264. BLM published a notice in the Federal Register announcing that the Secretary of the Interior is re-initiating a new National Environmental Policy Act ("NEPA") process to evaluate a proposal to withdraw approximately 10 million acres of land from location and entry under the mining laws to conserve Sage Grouse habitat. *See* 86 Fed. Reg. 44,742 (Aug. 13, 2021). As a preliminary step, BLM has worked with the U.S. Geological Survey to update the mineral potential report that will inform this effort. The BLM anticipates issuing an environmental impact statement sometime in 2026.

Second, Plaintiffs' Sixth Claim challenged compensatory mitigation policies issued during the first Trump administration. Those are Secretary's Order 3349, Secretary's Order 3360, BLM Instruction Memorandum 2019-018, and M-Opinion 37046. All of those policies were rescinded during the Biden administration, but Interior is now reconsidering them.

Finally, the U.S. Forest Service continues to work on a Sage Grouse planning process that was initiated in 2017. The Forest Service issued a Final EIS and draft records of decision for Proposed Land Management Plan Amendments for pre-decisional objections, pursuant to 36 C.F.R. § 219 subpart B, on July 31, 2019.[1] The Forest Service responded to the objections it received on August 31, 2020. It is uncertain when the Forest Service will issue decisions.

Respectfully submitted this 25th day of September 2026,

BART M. DAVIS, Idaho State Bar No. 2696
Acting United States Attorney
CHRISTINE G. ENGLAND, Idaho Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK, CO Bar No. 44303
EMMA L. HAMILTON, CA Bar No. 325360
U.S. Department of Justice
Energy and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
emma.hamilton@usdoj.gov

*Attorneys for Defendants*

[1] *See* https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf (last visited Sept. 25, 2026).